# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **NICOLE TRUELOVE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:19-CV-00763** |
| **TEXAS DEPARTMENT** | § | |
| **OF CRIMINAL JUSTICE, et al.,** | § | |
| **Defendants.** | § | |

## AGREED MOTION TO LIFT STAY

Plaintiff Nicole Truelove and all Defendants move the Court to lift the stay entered by this Court in January 2021 because underlying criminal proceedings were pending. The underlying criminal matters have concluded, and a stay is no longer necessary.

Therefore, the undersigned parties respectfully ask the Court to lift the stay so that discovery may proceed.

Respectfully Submitted,

*/s/ Richard Alan Grigg*
**RICHARD ALAN GRIGG**
State Bar No. 0487500
Attorney-in-Charge
4407 Bee Caves Rd.
Building 1, Suite 111
Austin, Texas 78746
Phone: 512-474-6061
Fax: 512-582-8560
dicky@grigg-law.com
mel@grigg-law.com

**ATTORNEY FOR PLAINTIFF**

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil
Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
State Bar No. 24065628
Southern District No. 1021745
christopher.lindsey@oag.texas.gov

**ATTORNEYS FOR TDCJ**

*/s/ BRUCE R. GARCIA*
**BRUCE R. GARCIA**
Assistant Attorney General
State Bar No. 07631060
bruce.garcia@oag.texas.gov

**ATTORNEYS FOR WINDHAM**

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

## NOTICE OF ELECTRONIC FILING

I, **RICHARD ALAN GRIGG**, attorney in charge for Plaintiff, certify that I have

electronically submitted for filing a true and correct copy of the foregoing in accordance

with the Electronic Case Files system of the Southern District of Texas, on this the 16th day of May, 2022.

/s/ *Richard Alan Grigg*
**RICHARD ALAN GRIGG**
Attorney-in-Charge for Plaintiff

## CERTIFICATE OF CONFERENCE

I, **RICHARD ALAN GRIGG**, attorney in charge for Plaintiff, certify that the parties have conferred concerning the relief requested herein, and all parties are agreed.

/s/ *Richard Alan Grigg*
**RICHARD ALAN GRIGG**
Attorney-in-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, **RICHARD ALAN GRIGG**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served on all parties by electronic servicing, on this the 16th day of May, 2022.

/s/ *Richard Alan Grigg*
**RICHARD ALAN GRIGG**
Attorney-in-Charge for Plaintiff