**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NICOLE TRUELOVE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-00763** |
| | § | |
| **TEXAS DEPARTMENT** | § | |
| **OF CRIMINAL JUSTICE and** | § | |
| **WINDHAM SCHOOL DISTRICT,** | § | |
| **et al.,** | § | |
| *Defendant.* | § | |

**DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S**
**NOTICE OF SECOND SUPPLEMENTAL DISCLOSURE TO PLAINTIFF**

**NOW COMES** Defendant the Texas Department of Criminal Justice, by and through its

attorney of record, the Office of the Attorney General for the State of Texas, and files this Notice of

Second Supplemental Disclosure to Plaintiff pursuant to Rule 26, Fed. R. Civ. P.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division


*/s/ Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Texas State Bar No. 24065628

1

Law Enforcement Defense Division
**Office of the Attorney General of Texas**
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9400
Christopher.Lindsey@oag.texas.gov


**COUNSEL FOR DEFENDANT
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE**


## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the electronic case filing system of the Southern District of Texas, on December 16, 2020.


/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, certify that a true and correct copy of the above was served on all counsel and parties of record by electronic service through the Electronic Case Files System, on July 21, 2022.

/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General