IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLE TRUELOVE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:19-cv-00763 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | JURY DEMANDED |
| JUSTICE and WINDHAM SCHOOL | § | |
| DISTRICT, et al. | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## **PLAINTIFF'S NOTICE OF PRE-TRIAL DISCLOSURES TO DEFENDANTS**

**NOW COMES** Plaintiff Nicole Truelove, by and through her attorneys of record, and files

this Notice of Pre-Trial Disclosures to Defendants pursuant to Rule 26, Fed. R. Civ. P.


Dated this 26th day of September, 2022.

Respectfully submitted,

/s/ *Dicky Grigg*
Chad W. Dunn
Texas Bar No.23046507
BRAZIL & DUNN, LLP
4407 Bee Caves Rd.,
Suite 111, Building 1
Austin, Texas  78746
Office:  512-717-9822
Fax:  512-515-9355
chad@brazilanddunn.com

Richard Alan "Dicky" Grigg (Attorney-In-Charge)
Texas Bar No. 0487500
THE LAW OFFICE OF DICKY GRIGG, PC
4407 Bee Caves Rd.,
Building 1, Suite 111

Austin, Texas  78746
Office: 512-474-6061
Fax:  512-582-8560
Dicky@Grigg-Law.com
Mel@Grigg-Law.com

Randall L. Kallinen
Texas Bar No. 00790995
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Office:  713-320-3785
Fax:  713-893-6737
AttorneyKallinen@aol.com

David Lindsay
Texas Bar No.24092703
MEJIAS LINDSAY, PLLC
4900 Woodway Drive, Suite 750
Houston, Texas 77056
Office:  832-426-4574
Fax:  281-783-8404
dlindsay@mejiaslindsay.com

**ATTORNEYS FOR PLAINTIFF
NICOLE TRUELOVE**

## NOTICE OF ELECTRONIC FILING

I, **Richard Alan Grigg**, attorney for Plaintiff, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the electronic case filing system of the Southern District of Texas, on September 26th, 2022.

<u>/s/ Dicky Grigg</u>
Dicky Grigg

<u>CERTIFICATE OF SERVICE</u>

The undersigned here by certifies that a true and correct copy of the foregoing has been sent by electronic mail in accordance with the Federal Rules of Civil Procedure, this <u>26th</u> day of September, 2022 to all counsel of record.



*/s/ Dicky Grigg*
Dicky Grigg