**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NICOLE TRUELOVE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-CV-00763** |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE,** *et al.,* | § | |
| *Defendants.* | § | |

**DEFENDANT WINDHAM SCHOOL DISTRICT, CLINT CARPENTER AND**
**LUANN PICKETT'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit B

Affidavit of Charles Bell
Bates Nos. B1-5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLE TRUELOVE,<br>*Plaintiff* | § | |
| | § | |
| | § | CIVIL CASE NO. 4:16-CV-893 |
| VS. | § | |
| | § | |
| TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE, et al | § | |
| *Defendants* | § | |
| | § | |

Before me, the undersigned authority, personally appeared Charles Bell a person whose

identity is known to me, who being duly sworn deposed as follows:

"My name is <u>Charles Bell</u>. I am of sound mind, capable of making this affidavit, and

personally acquainted with the facts herein stated:

I have been with the correctional system in Texas for over 35 years; 31 with the Texas

Department of Criminal Justice and four with Windham. The system is such that if an

incident, a staff assault, occurs in one unit, all units are aware of it. Informally, at first, and

later, formally as it is used as a teaching example. But in those 35 years, I have never heard

on an incident such as was alleged here, I have never heard of a male student sexually

assaulting a female teacher.

Sexual misconduct, masturbation, does occur in educational settings, but never so often that

it is considered severe or pervasive. Sexual misconduct is handled by immediately reporting

the incident to the officer to have the student removed from class. Windham teachers are

trained in the reporting process; the correctional staff is trained to take appropriate action when a report is made.

The Texas Education Code requires that District "...funds may be spent only for district administrative costs related to education and for district educational programs and services..." Tex. Educ. Code §19.008. The Texas Department of Criminal Justice is tasked with "The mission of the department is to provide public safety..." Tex. Gov't Code §493.001. The mission of the Institutional Division, which operates the actual prisons, "...is to provide safe and appropriate confinement...of adult felons. Tex. Gov't Code §494.001. The policies of both the TDCJ and the District reflect this legislative priority.

Security training for Windham employees centers on *security awareness*. All employees on a unit must be aware of their surroundings and to report any inappropriate activity. But teachers and principals are not responsible for the security of the unit and have no duties assigned to monitor that security. District employee do not conduct "security checks" or "rounds."

As a follow up to the incident where Ms. Truelove alleges a student assaulted her, she was placed on assault leave. This is a special type of leave authorized by the Tex. Educ. Code §22.003(b). See attachment A. Any school district employee assaulted by a student must be placed on assault leave for the duration of her recovery from physical injuries. The duration of the leave is up to two full years. Per the statute, the District coordinates with Workers Compensation so that the employee receives 100% of her weekly rate of pay. In addition to receiving her standard rate of pay, her insurance payments, raises, automatic promotions, and the accumulation of both sick and personal time all continue just as before the incident.

Ms. Truelove was placed on assault leave on November 14, 2017, the day after the incident.

She continued to receive full pay and benefits for two years. On November 14 2019, as required by statute, she was removed from assault leave. The District requested that she return to work. She did not and resigned her position on December 24, 2019.

Funding for the District is largely from the Foundation School Fund administered by the Texas Education Agency as prescribed by the Legislature in the Tex. Educ. Code and the General Appropriation Act. See attachment B. Although contact hours (a contact hour is one student in class for one hour) are important, the statute provides that the District is paid for the best 180 of 220 school days. This reduces the financial importance of any one student being in class. Therefore, neither teachers, principals, nor the District would base a decision to remove a student from class on the financial impact it might have.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the __16__ day of __January__, 2020.

_____
NOTARY PUBLIC, STATE OF TEXAS

KELLY M. HOOT
My Notary ID # 11224356
Expires May 18, 2022

Attachment A

Tex. Educ. Code §22.003(b)

(b) In addition to all other days of leave provided by this section or by the school district, an employee of a school district who is physically assaulted during the performance of the employee's regular duties is entitled to the number of days of leave necessary to recuperate from all physical injuries sustained as a result of the assault. At the request of an employee, the school district must immediately assign an employee to assault leave and, on investigation of the claim, may change the assault leave status and charge the leave against the employee's accrued personal leave or against an employee's pay if insufficient accrued personal leave is available. Days of leave taken under this subsection may not be deducted from accrued personal leave. The period provided by this subsection may not extend more than two years beyond the date of the assault. Notwithstanding any other law, assault leave policy benefits due to an employee shall be coordinated with temporary income benefits due from workers' compensation so that the employee's total compensation from temporary income benefits and assault leave policy benefits equals 100 percent of the employee's weekly rate of pay.

Attachment B

General Appropriations Act, HB-1, 86(R) Legislative Session, Article III, Rider number 6

**6. Windham Schools.** The funds appropriated above in Strategy B.2.4, Windham School District, are to be expended only for academic and vocational educational programs approved by the Texas Education Agency. The Commissioner of Education shall allocate $56,269,951 in fiscal year 2020 and $53,786,956 in fiscal year 2021 to the Windham Schools based on **contact hours for the best 180 of 210 school days in each year of the biennium.** The contact hour rates for the 2020-2021 biennium are estimated to be: $4.47826 for academic education, $3.67445 for vocational education. (emphasis added)