**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NICOLE TRUELOVE,**<br>*Plaintiff,* | § <br> § <br> § | |
| **v.** | § <br> § | **CIVIL ACTION NO. 4:19-CV-00763** |
| **TEXAS DEPARTMENT OF**<br>**CRIMINAL JUSTICE,** *et al.,*<br>*Defendants.* | § <br> § <br> § <br> § | |

**DEFENDANT WINDHAM SCHOOL DISTRICT, CLINT CARPENTER AND**
**LUANN PICKETT'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit E

Excerpts from Nicole Truelove's Employment File
Bates Nos. E1-6

STATE OF TEXAS        §
             §
COUNTY OF WALKER      §

## BUSINESS RECORDS AFFIDAVIT

    BEFORE ME, the undersigned authority, personally appeared Robert O'Banion, who, being duly sworn by me, deposed as follows:

"My name is Robert O'Banion. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

    "I am the custodian of the records of the Windham School District. Attached heretofore are five (5) pages of records from the Windham School District regarding Nicole Truelove.

These said 5 pages of records are kept by Windham School District in the regular course of business, and it was the regular course of business of Windham School District for an employee or representative of Windham School District, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

    SWORN TO AND SUBSCRIBED before me on the 19 day of May 2023.

MEGAN RUMBURG
Notary Public, State of Texas
Comm. Expires 03-29-2026
Notary ID 131510382

_____
NOTARY PUBLIC, STATE OF TEXAS
MEGAN RUMBURG

My Commission Expires:

3/29/2026

Ex. E 1



*12964*



# WINDHAM SCHOOL DISTRICT
*Schools in the Texas Department of Criminal Justice*

September 21, 2017

Nicole Truelove
464 Stones Throw Avenue
Livingston, TX 77351

Dear Ms. Truelove,

The Superintendent of Windham School District has approved you to begin employment as a Literacy 2-3 teacher at the Ferguson Unit, Sam Houston Area, to be effective Monday, October 2, 2017. Please report to **Windham School District (WSD) Administration Building, Room 200-Human Resources Department, 802 FM 2821 West, Huntsville, Texas, at 7:30 A.M.** Please plan to be in New Hire training Monday through Friday.

The immigration laws require the employer to verify proof of citizenship on each new employee. Therefore, you must provide documents from the *Lists of Acceptable Documents* for verification of employment eligibility. You must provide one document from "list A" or provide one document from "list B", as well as, one from "list C". **These must be originals and unexpired, COPIES WILL NOT BE ACCEPTED.** If applicable, please bring **ORIGINAL SERVICE RECORDS.** If you do not hold original records, you will have 10 days from date of employment to submit your original service records.

For insurance purposes, you will need to bring complete name, date of birth and social security numbers of each eligible person you wish to list on your insurance to complete the forms. Your health insurance with Windham School District will go into effect the first of the month following the 60-day waiting period.

Should you have any questions concerning these procedures, contact the Human Resources Department at (936) 291-4680. We are looking forward to having you join our staff.

Sincerely,
Mario Cotton
HR Administrator

P.O. Box 40 • Huntsville, TX 77342-0040 • 936 291-5300

Ex. E 2

(05-24-2016)

## EMPLOYEE ORIENTATION LIST

The following items are part of an employee's orientation to the Windham School District. This form is to be completed by the employee during orientation. By *INITIALING* each applicable item and signing the completed form, each employee acknowledges that he/she has received a copy of the appropriate policies and is responsible for reading and understanding the policies, regulations and subjects received. Any items considered to be "not applicable" should be marked "N/A." This document shall become part of the employee's personnel file.

EMPLOYEE NAME Nicole Trueblb     SSN ▇▇▇▇▇▇▇

POSITION Literacy 2-3     UNIT/DEPT Ferguson/Education

Windham School District Information:

The Department of Human Resources will review and provide policies or other information for the following items:

a. NT     **Certification requirements and employee accepts responsibility for completion of certification requirements.**

b. NT     Standard Employment Discrimination Training, to include, but not limited to: Viewing the TDCJ Executive Director's Statement on Sexual Harassment and Equal Employment Opportunity Training video.

c. NT     Dress Code and Grooming, Grievance, Reduction in Force, Employee Status Pending Resolution of Criminal Charges.

d. NT     Term Contract Employment, Professional Standards of Conduct and Disciplinary Guidelines, and substance abuse policies.

e. NT     Employee Job Description.

f. NT     TDCJ PD-22, Employee General Rules of Conduct and Disciplinary Guidelines for Employees. Employee understands he she is responsible for the information and contents.

g. NT     Employee has been briefed on WSD Policy Manual and received a copy of the following policies:

Employee Grievance, WSD Policy 7.26
Reduction In Force (RIF), WSD Policy 7.51
Employee Status Pending Resolution of Criminal Charges, WSD Policy 7.38
Sexual Harassment, WSD Policy 7.40-1
Term Contract Employment, WSD Policy 7.05
Professional Standards of Conduct and Disciplinary Guidelines, WSD Policy, 7.44
Drug-Free Workplace, TDCJ Policy, PD-17

h. NT     **Appropriate employee evaluation instruments.**

i. NT     **General program reviews.**

j. NT     Security Training: TDCJ Correctional Awareness.

Statement of Employee: I have received the policies and/or training in each of the foregoing mentioned items. I understand a copy of this document shall be placed in my permanent WSD personnel folder.

Signature of Employee Nicole Trueblove     Date 10-7-2017

Ex. E 3

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### New Employee Document Receipt

| Last Name, First Name, MI | Social Security Number | Date of Employment |
|---|---|---|
| Truelove, Nicole A | ▮▮▮▮▮▮▮ | 10-2-17 |

**Instructions**: Write your initials on the line next to each document received.

My initials acknowledge receipt of the documents provided to me during my Direct Hire Session. I understand that it is my responsibility to read these documents, thereby being advised of their contents, and I do agree to abide by the stated laws, standards, rules and regulations in accordance with my employment with the Texas Department of Criminal Justice. Every effort has been made to ensure that this Direct Hire Packet contains up-to-date policies, procedures, and forms. However, because of the need to periodically alter such policies, procedures, and forms there is no guarantee that all policies, procedures and forms contained herein are current. The TDCJ reserves the right to change its policies, procedures and forms at any time. The employee is urged to consult his/her human resources representative to inquire about updates to such policies, procedures and forms.

### Direct Hire Part 1 – 8:   Documents Received

AT   TDCJ Mission, Philosophy and Hostage Statements (10/10)

NT   PERS 20, Excerpt From Texas Government Code Chapter 403, Subchapter L Property Accounting (09/02)

NT   PD-28, Dress and Grooming Standards and Attachment A (reduced format) (07/01/2010)

NT   PERS 19, Notice of Prohibitions (reduced format) (02/17)

NT   Employee Identification Card and Commissary Service Option System Instructions (02/10)

~~Wage and Hour Training Handout (05/15/2015)~~

~~I have viewed the Wage and Hour Training video, September 2016~~

~~Direct Deposit Authorization and Instructions (04/2014)~~

~~Employee Paycard Authorization (12/2013) and Instructions (11/2013)~~

NT   ED-02.01, TDCJ Ethics Policy (reduced format with attachment) (12/3/2015)

NT   Notice of Standards of Conduct (11/01/2014)

NT   ED-02.02, Fraud, Prevention, Detection, and Reporting (reduced format) (12/16/2016)

NT   2016-2017 HIV and Hepatitis Annual Update

NT   Workers' Compensation Coverage IOC (11/01/2007)

NT   Notice to Employees Concerning Workers' Compensation in Texas in English and Spanish (reduced format) (01/13)

NT   SORM Publication, Workers' Compensation Benefits for State Employees Brochure (08/03/07)

~~IMO Med-Select Employee Network Notification Packet (08/06/14)~~

NT   Employee Assistance Program (11/07)

~~TDCJ Random Drug Testing Program Announcement (09/01/2016)~~

NT   PERS 382, Domestic Violence Definitions (09/2010)

NT   PD-13, Sexual Harassment and Discourteous Conduct of a Sexual Nature, (reduced format w/o attachments) (05/01/2017)

NT   Excerpt from PD-22, General Rules of Conduct & Disciplinary Action Guidelines for Employees (reduced format) (01/01/2017)

NT   PD-27, Employment Status Pending Resolution of Criminal Charges or Protective Orders, (reduced format) (08/01/2015)

~~PD-30, Employee Grievance Procedures (reduced format without attachments) (11/01/2009)~~

NT   PD-31, Discrimination in the Workplace (reduced format without attachments) (08/01/2017)

NT   FMLA Poster, Employee Rights and Responsibilities (04/16)

NT   The Executive Director's letter on Equal Employment Opportunity and Zero Tolerance for Discrimination, including Sexual Harassment (01/02/2017)

NT   I have viewed The Executive Director's Statement on Illegal Discrimination, Equal Employment Opportunity Training and Advisory Council on Ethics training video, January 2017

Ex. E 4

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**New Employee Document Receipt**

| Last Name, First Name, MI | Social Security Number | Date of Employment |
|---|---|---|
| | | |

**Direct Hire Part 2 – B:  Documents Received**

_____ ERS publication – Retirees Who Return to Work (4 pages, 05/03/2016)

_____ Benefit Replacement Pay, Longevity Pay, Hazardous Duty Pay and Vacation Accrual Rates for Working Retirees (09/01/2014)

_____ Estimated Insurance Calculation Worksheet (09/01/2017) (calculated and provided by instructor)

_____ Voluntary Accidental Death and Dismemberment (AD&D) Premium Chart (01/01/2015)

_____ ERS publication – New Employee Benefits Guide Plan Year 2017 (ERS Booklet provided by instructor)

_____ Plan Year 2018 Rates Sheet

_____ Automatic 401(k) Enrollment – Employee Announcement (09/01/2016)

_____ ERS Summary of Notice of Privacy Practices (HIPAA Short Form)

_____ Continuation Coverage Notification (COBRA) (5 pages, 07/2014)

_____ Health Insurance Marketplace Notice (3 pages, 10/01/2013)

_____ ERS Notice of Creditable Coverage Plan Year 2018

**Employee Signature** _Nicole Truelove_          **Date** 10-2-2017

Note to Employee:  With few exceptions, you are entitled upon request: (1) to be informed about the information the TDCJ collects about you; and (2) under Texas Government Code §§ 552.021 and 552.023, to receive and review the collected information.  Under Texas Government Code §559.004, you are also entitled to request, in accordance with the TDCJ procedures, that incorrect information the TDCJ has collected about you be corrected.

Ex. E 5

Date: 8-31-17

## APPLICANT CHECKLIST

Name Nicole Truelove

Job Number 200240

Position LiT 2-3

Unit FE

☑ Security Clearance ~~NO~~ hv

phoned
8/31 (NO Answer)
9/1 (message)

Emaild
8-31

☑ Unit Clearance

☑ Imaging

☑ DD 214

☑ TRS Retirement Status

☑ Social Security Card

☑ TDL

☑ Degree   Copy (MEO)

☑ Certification hv

Certified ☐

Not Certified ☐

Initiate Permit ☐

ACP ☐

spoke
9/1

☑ Transcripts  hv  07
☑ Service Records  06-  , 07-10,  13-16

2010-13- N/A per applic

☑ References x 2

☑ WSD Family

Ex. E 6