IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NICOLE TRUELOVE, §
§
  *Plaintiff*, §
§
v. § CIVIL CASE NO. 4:19-cv-00763
§
TEXAS DEPARTMENT OF CRIMINAL § JURY DEMANDED
JUSTICE and WINDHAM SCHOOL §
DISTRICT, et al. §
§
  *Defendants*. §
§

## PLAINTIFF'S NOTICE OF 1st AMENDED PRE-TRIAL DISCLOSURES TO DEFENDANTS

**NOW COMES** Plaintiff Nicole Truelove, by and through her attorneys of record, and files

this Notice of 1ST Amended Pre-Trial Disclosures to Defendants pursuant to Rule 26, Fed. R. Civ.

P.


Dated this 22nd day of May, 2023.

Respectfully submitted,

*/s/ Dicky Grigg*
Chad W. Dunn
Texas Bar No.23046507
BRAZIL & DUNN, LLP
1900 Pearl Street
Austin, Texas  78705
Office:  512-717-9822
Fax:  512-515-9355
chad@brazilanddunn.com

Richard Alan "Dicky" Grigg (Attorney-In-Charge)
Texas Bar No. 0487500
THE LAW OFFICE OF DICKY GRIGG, PC

1900 Pearl Street
Austin, Texas 78705
Office: 512-474-6061
Fax: 512-582-8560
Dicky@Grigg-Law.com
Mel@Grigg-Law.com

Randall L. Kallinen
Texas Bar No. 00790995
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Office: 713-320-3785
Fax: 713-893-6737
AttorneyKallinen@aol.com

David Lindsay
Texas Bar No.24092703
MEJIAS LINDSAY, PLLC
4900 Woodway Drive, Suite 750
Houston, Texas 77056
Office: 832-426-4574
Fax: 281-783-8404
dlindsay@mejiaslindsay.com

**ATTORNEYS FOR PLAINTIFF
NICOLE TRUELOVE**

## NOTICE OF ELECTRONIC FILING

I, **Richard Alan Grigg**, attorney for Plaintiff, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the electronic case filing system of the Southern District of Texas, on May 22nd , 2023.

_/s/ Dicky Grigg_
Dicky Grigg

## CERTIFICATE OF SERVICE

The undersigned here by certifies that a true and correct copy of the foregoing has been sent by electronic mail in accordance with the Federal Rules of Civil Procedure, this 22nd day of May, 2023 to all counsel of record.

_/s/ Dicky Grigg_
Dicky Grigg