| | | |
|---|---|---|
| NICOLE TRUELOVE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-00763 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, *et al.,* | § | |
| *Defendants.* | § | |

**DEFENDANTS WINDHAM SCHOOL DISTRICT, CLINT CARPENTER AND LUANN PICKETT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PAGE LIMITATION**

Defendant Windham School District (Windham), Clint Carpenter and Luann Pickett (collectively, "Defendants") respectfully move for this Court to exceed the page limitation for their Motion for Summary Judgment. Because of the complexity of the case, the number of claims against the Windham School District Defendants, the number of facts, the volume of records, and in order to make necessary legal arguments, Defendants' motion is longer than the 20-page limit as set forth in this Court's Rule B.5(e). Defendants seek to file a motion that is 25 pages in length.

Defendants recognize that this is a lengthy motion and do not submit it to make frivolous arguments. Plaintiff brought claims against three Defendants under 42 U.S.C. § 1983 and Sections VII and IX of the Education Amendments of 1972. Accordingly, a significant amount of briefing regarding witness testimony, Plaintiff's employment history, and her Texas Workforce Commission case file. Defendants respectfully request that the Court grant this motion and allow Defendants to file their Motion for Summary Judgment in excess of the page limits in order to fully and comprehensively present their arguments for why a summary judgment should be granted.

Respectfully submitted,

**KEN PAXTON**

1

Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General of Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24126376
Southern District ID No. 3725698
abigail.carter@oag.texas.gov
Office of the Attorney General
Law Enforcement Defense Division
PO Box 12548, Capitol Station
Austin, TX 78711-2548
512-463-2080
Fax: 512-370-9397

**ATTORNEYS FOR DEFENDANTS
WINDHAM SCHOOL DISTRICT,
CARPENTER & PICKETT**

## NOTICE OF ELECTRONIC FILING

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the above and foregoing to the Court, on May 25, 2023, in the Southern District of Texas, Houston Division.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served via the CM/ECF system for electronic noticing on all counsel of record.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

**CERTIFICATE OF CONFERENCE**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that I have conferred with all other parties on this date as required by Texas Rule of Appellate Procedure 10.1(a)(5) about the merits of this motion with the following results: Plaintiff is unopposed to Defendants WSD, Carpenter, and Pickett seeking leave to file their Motion for Summary Judgment exceeding the page limit.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General