# Exhibit 2

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communication

| | | | |
|---|---|---|---|
| **To:** | Distribution | **Date:** | April 19, 2018 |
| **From:** | Melissa Beardsley<br>Incident Commander<br>Executive Administration | **Re:** | Serious Incident Review<br>Ferguson Unit- Staff Assault<br>November 13, 2017 |

Attached is the Serious Incident Review conducted at the Ferguson Unit.

Distribution:

Dale Wainwright, Chairman, Texas Board of Criminal Justice
Bryan Collier, Executive Director, TDCJ
Oscar Mendoza, Deputy Executive Director, TDCJ
Jerry McGinty, Chief Financial Officer
Jeff Baldwin, Chief of Staff, Executive Administration
Sharon Howell, General Counsel
Bruce Toney, Inspector General, Texas Board of Criminal Justice
Jeremy Desel, Director of Public Information
Christopher Cirrito, Director of Internal Audit
Lorie Davis, Director, Correctional Institutions Division
Dr. Clint Carpenter, Superintendent, Windham School District

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Executive Administration



## SERIOUS INCIDENT REVIEW
### Ferguson Unit

| | |
|---|---|
| **Incident Date:** | **November 13, 2017** |
| **On-Site Visit Date:** | **November 28, 2017** |
| **Distribution Date:** | **April 19, 2018** |

Truelove - 493

A Serious Incident Review (SIR) team was directed by the Texas Department of Criminal Justice (TDCJ) executive leadership on November 16, 2017, to conduct a review of a staff assault of a Windham School District (WSD) teacher at the Ferguson Unit by a 25 year old offender on November 13, 2017.

The SIR team convened on November 28, 2017 at the Ferguson unit and included: Pam Thielke, Director – Parole Division (Team Lead); Bobby Lumpkin, Director – Manufacturing, Agribusiness and Logistics Division; Miguel Martinez, Region IV Director – Correctional Institutions Division (CID); Martha Fields, Interim Director of Instruction – Windham School District; Charles Bell, Department Director, Operational Support/Information Technology – WSD; Melissa Beardsley, TDCJ Incident Commander; and Frank Anizan, Program Supervisor V – CID Security Operations.

## Scope:

The scope of the investigative inquiry included the following objectives:

➢ Observe the area where the incident occurred;
➢ Interview staff and offenders involved in or with knowledge of the incident to determine if actions taken by staff prior and in response to the incident were appropriate;
➢ Review supporting documentation, video evidence, and obtain statements associated with unit investigation and reporting of the incident; and
➢ Determine findings and offer recommendations to the executive director for corrective action.

## Offender Demographics:

**Assailant – Johnson, Xavier (TDCJ #1876178)** is a 25 year old black male, L3/G2 offender, currently serving two 13 year concurrent sentences from Victoria County for two counts of Burglary of a Habitation.

**Victim** – The victim, hereafter referred to as "Charlotte", is a 45 year old white female. She began employment with WSD on October 2, 2017 and completed training as required by WSD prior to her assignment to the Ferguson Unit.

## Incident Background:

On November 13, 2017, five academic classes were being conducted in individual classrooms within the education department, scheduled from 7:30 – 10:30 a.m. At approximately 10:35 a.m., classes concluded and offenders were being egressed to the offender dining hall for the lunch meal. At 10:36 a.m., Charlotte's class of 18 students, began to exit the classroom en route to the main hallway. Video footage shows after the offenders egressed, the last offender exited the door 22 seconds later. At 10:37 a.m., 83 seconds later, offender Johnson exited the classroom and proceeded towards the main hallway. As the hallway near her classroom cleared of offenders, Blaire Bishop, WSD Teacher, walked past Charlotte's classroom and heard crying.

Ms. Bishop then entered the classroom and observed Charlotte near the door crying with her pants and underwear lowered around her ankles. It was later determined that Charlotte's underpants were torn and that she was reportedly assaulted. Ms. Bishop summoned for help and offender Butler, Sheldon TDCJ #680168, assigned as the Education's Library Assistant, heard her and immediately called out to Jesus Morales, Correctional Officer V. Officer Morales responded and called for a supervisor to report to the downstairs education department. Curtis Jordan, Lieutenant and Shirley Cunningham, Correctional Officer V also responded to the area with Officer Cunningham providing Charlotte with her jacket for coverage.

Office of Inspector General (OIG) Investigator Chris James was notified along with Rocky Moore, Warden and Robert Jenkins, Assistant Warden to respond to the area. Charlotte was able to provide the assailant's name to correctional staff. At approximately 10:52 a.m., offender Johnson was placed in hand restraints in the main

February 21, 2018                                                                                                    1

Truelove - 494

hallway and escorted to the interview room for OIG investigators. Upon completion of OIG interviews, offender Johnson denied any assault occurred.

Charlotte was transported by the OIG to Huntsville Memorial Hospital.

On December 17, 2017 Offender Johnson was charged with Aggravated Sexual Assault.

### Staffing:

The main building education department is authorized three security officers: one assigned to the first floor education area; one assigned to the second floor education area; and one assigned as a rover. On the day of the incident, all three positions were filled.

The Ferguson Unit is authorized 475 correctional officer positions and on the day of the incident, there were 337 assigned. The staffing percentage for the unit was 70.1%. All priority one positions were filled at the time of the incident.

### Training:

All newly hired WSD employees are provided a 'new hire session' as required by WSD policy. The policy also requires employees receive 12 hours of security training during this session and an additional 12 hours of security training each year thereafter. This security training for new hires is provided by CID – Correctional Training and Staff Development staff. The training was developed from the Security Awareness curriculum and includes topics such as: con games, prison facility, hostage survival skills, survival response, emergency processes, offender communication, mental health/suicide prevention, employee dress and grooming, and office awareness.

WSD Instructional Specialist Susan Putnam, who provides the new hire training, indicated that in addition to the established training curriculum, she provides direction to staff on addressing offender behavior which includes: hand(s) inside of an offender's waistband area, sexual misconduct, and security protocols.

### Classification:

Offender Johnson's classification information indicated the following:

- He was assigned to the current education class on October 2, 2017.
- He had no security threat group affiliation.
- His current job assignment was to Field Squad #24 since July 2, 2017.
- His next unit classification review committee hearing was scheduled for January 9, 2018.
- During 2017, offender Johnson had one major disciplinary case for refusing to work and one minor disciplinary case for out of place.
- In 2016, offender Johnson had five major disciplinary cases (2-out of place, 1-creating unnecessary noise, 1- refusing to work, 1-refusing orders) and four minor disciplinary cases (2-refusing orders, 1-refusing work, 1-out of place).
- In 2015, offender Johnson had four major disciplinary cases (2-sexual misconduct, 1-out of place/stealing, 1-out of place/tampering with a locking mechanism) and five minor disciplinary cases (2-out of place, 2-refusing to attend school, 1-refusing to comply with grooming standards).
- Offender Johnson's housing and custody assignment were appropriate in accordance with the TDCJ Classification Plan.

Truelove - 495

*Texas Department of Criminal Justice*
*Serious Incident Review*
*Staff Assault – Ferguson Unit*
*November 13, 2017*

### Investigation Summary:

As Charlotte was teaching a 7:30 a.m. – 10:30 a.m. academic class, offender Johnson and other offenders were observed by Charlotte to be sitting in their chairs with their hands placed inside of their pants. Charlotte ordered the offenders to remove their hands from their pants and all complied with the exception of offender Johnson. There was no indication that Charlotte notified security staff of any inappropriate offender behavior. According to offender interviews, they noticed Charlotte writing a disciplinary document and the offenders indicated to offender Johnson that he would be receiving a disciplinary report. Offender Johnson indicated to others offenders that he would talk to the teacher after class. An offender assigned as Library assistant, opened Charlotte's classroom door, initiating the egress of offenders and as students exited, offender Johnson positioned himself behind the classroom door. As Charlotte began to close her door, as she had remained inside the classroom, offender Johnson placed his hand over her mouth, forcefully grabbed her hair, and threatened her and her family with physical harm. Her head was pushed into the closed door and offender Johnson forced the pants and underwear of Charlotte down and sexually assaulted her with his fingers. He continued to threaten her concerning the disciplinary report and as offender Johnson ended the assault, he obtained the disciplinary report from Charlotte's desk, wadded the report and discarded it into the garbage container located inside of the classroom. Offender Johnson then exited the room and proceeded to the main hallway. It should also be noted that Charlotte's glasses were damaged during the assault.

### Findings:

1. AD 03.02 – Impermissible Offender Conduct – is in noncompliance. During review of the video footage, offender Butler actively participated in the release of academic classes. The officer would convey orders to the offender who would in turn provide direction in dismissing class; thereby, controlling the movement of the offenders. During multiple interviews of staff and offenders, it is evident the practice has been in place for several years.
2. An offender disciplinary report was initiated while offenders were still in the classroom.
3. There is no established protocol identifying the positioning of teachers during class release.
4. WSD employees are required to participate in a minimum of 12 hours of security training annually. The annual training is inconsistent and not structured in the same manner as the new-hire training.
5. Through a review of video footage and staff interviews, security rounds in the education department appear to be infrequent and insufficient by unit staff.
6. There is a lack of presence of correctional and education staff in the education hallway during egress.
7. The WSD principal is not consistently making and documenting rounds within the education department.
8. Prior to this incident, the doors leading into the classroom were solid.
9. Inappropriate offender behavior was not reported to security staff in accordance with security awareness training.

### Recommendations:

1. Security staff should ensure that offender workers are not permitted to participate in ingress or egress.
2. Revise WSD policy language to include disciplinary report writing procedures.
3. Develop WSD policy identifying staff positioning during classroom egress.
4. Curriculum, for security training, should be developed for subsequent annual training for teachers.
5. Post Order 07.021, Education and Vocation Officer, should be revised to be more specific as to the frequency of security rounds.
6. Security and WSD staff should be present in the education hallway during periods of mass movement of offenders.
7. The principal should be completing and documenting rounds in accordance with WSD policy.
8. All classroom doors in the education department have been replaced with a large window in each door. Additionally, mirrors have been installed in the classroom where staff in the hallway can view into areas to assist in eliminating any blind spots.
9. Oversight procedures should be developed to ensure compliance to security awareness training.

February 21, 2018                                                                                                          3

Truelove - 496