# Exhibit 3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

NICOLE TRUELOVE,                )

    Plaintiff,               )

vs.                             ) Civil Action No.

TEXAS DEPARTMENT OF CRIMINAL ) 4:19-CS-00763

JUSTICE AND WINDHAM SCHOOL    )

DISTRICT, et al.,               )

    Defendants.              )


ORAL VIDEOTAPED DEPOSITION

NICOLE TRUELOVE

Wednesday, December 21, 2022


Reported by

Rebecca Callow, RMR, CRR, RPR

Job No. 20221221NT

2

ORAL VIDEOTAPED DEPOSITION OF NICOLE TRUELOVE, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above-styled and numbered cause on the 21st day of December 2022, from 9:01 a.m. to 11:18 a.m., before Rebecca J. Callow, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter and Notary Public for the State of Texas, reported by computerized stenotype machine at the offices of Howry, Breen & Herman LLP, 1900 Pearl Street, Austin, Texas, pursuant to the Federal Rules of Civil Procedure.

4

APPEARANCES (Cont.)

FOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND WINDHAM SCHOOL DISTRICT:

Attorney General of the State of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
By:  Erika D. Hime
erika.hime@oag.texas.gov
Shea Fennessey
Chris Lindsey

ALSO PRESENT:
Kevin Schaefer, videographer

3

APPEARANCES

FOR NICOLE TRUELOVE:
The Law Office of Dicky Grigg, PC
1900 Pearl Street
Austin, Texas 78705
(512) 474-6061
By:  Dicky Grigg
dicky@grigg-law.com
- and -
Mejias Lindsay
4900 Woodway Drive
Suite 750
Houston, Texas 77056
(832) 426-4574
By:  David Lindsay
dlindsay@mejiaslindsay.com

5

INDEX
PAGE
NICOLE TRUELOVE
Examination by Ms. Hime ..........................6
Examination by Ms. Fennessey ....................89
Examination by Mr. Grigg ........................101

Court Reporter's Certificate ....................103

EXHIBITS
NO.          DESCRIPTION                  PAGE
Exhibit 1    Plaintiff's Fourth           34
             Amended Complaint

6

PROCEEDINGS

THE VIDEOGRAPHER: We are on record at 9:01 a.m., December 21st, 2022.

You may swear in the witness.

NICOLE TRUELOVE,

called as a witness herein, having been first duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION

BY MS. HIME:

Q. Good morning, Ms. Truelove.

A. Good morning.

Q. My name is Erica Hime. And you and I haven't met before, but I represent Windham School District and the Windham employees that you've sued in the case Trulove versus Windham School District and TDCJ. Do you understand that?

A. Yes, ma'am.

Q. And we're here for a deposition regarding that case today.

A. Yes, ma'am.

Q. Have you ever testified before?

A. Yes.

Q. How many times?

7

A. Once.

Q. And was it --

A. Do you mean in a courtroom?

Q. Yes.

Was that one time in the courtroom for the criminal case regarding the incident --

A. Yes.

Q. -- with Xavier Johnson?

A. I believe so.

Q. Other than that case, have you ever testified before?

A. I don't believe so.

Q. Have you ever given your deposition before?

A. No. I don't believe so.

Q. And do you understand that you are under oath today just like you were under oath in the courtroom when you testified?

A. Yes, ma'am.

Q. Okay. And do you understand what that means?

A. Yes, ma'am.

Q. Okay. What does that mean to you?

A. That means I need to tell the truth.

Q. Okay. Are you taking any medication today?

(Pause in proceedings.)

8

MR. GRIGG: Are you?

A. Yes.

BY MS. HIME:

Q. And what medication are you taking?

A. Paxil. It's a no-name brand.

Q. Okay. And would that medication Paxil affect your ability to testify today?

A. No.

Q. Does it affect your memory at all?

A. No.

Q. Okay. Are you taking any other medication today?

A. No.

Q. And are you currently suffering from any medical conditions?

MR. LINDSAY: Can you ask her to specify medical conditions that would affect her ability to testify, as opposed to --

MS. HIME: Sure.

MR. LINDSAY: -- being so broad.

BY MS. HIME:

Q. Are you currently suffering from any medical condition that would affect your ability to testify today?

A. No.

9

Q. Okay. Now, since you haven't given your deposition, today I'll just go over a few rules.

Just like when you were in the courtroom, when I ask a question, just wait for me to finish my question before you answer, and I'll try to wait for you to answer before I ask another question. And that's just so the court reporter can take down everything we say. Do you understand that?

A. Yes.

Q. Okay. You must give a verbal response for every answer that you give. So she can't take down a head nod or -- so it needs to -- you need to actually speak your response.

And if you need to take a break, just let me know. And I'll just ask that you answer whatever question we're on and then we can take a break at any time. Okay?

A. Yes.

Q. Do you have any questions about those --

A. No.

Q. -- rules, or anything else, before we get started?

A. No.

Q. Okay. Can you state your full name for the

10

record?

A.  Nicole Ann Truelove.

Q.  And how did you prepare for this deposition today?

A.  I drove down here from -- up here from Livingston.

Q.  Okay.  And did you drive down this morning?

A.  No.  Yesterday.

Q.  Did you review any documents?

A.  No.

Q.  So you didn't review any documents in preparation for your deposition?

A.  No.

Q.  Did you review any notes that you've taken or anything -- anything like that?

A.  No.

Q.  And don't tell me anything that you said to your attorneys, but did you meet with your attorneys?

A.  Yes.

Q.  And do you still live in Livingston, Texas?

A.  Yes.

Q.  Where did you go to high school?

A.  Dalhart.

Q.  And where did you go to college?

11

A.  Angelina College.  WTAMU.  Sam Houston State.

Q.  And you have a teaching certificate.  Correct?

A.  Yes.

Q.  When did you obtain your teaching certificate?

A.  I believe it was 2005, but I am not definite.  December of 2005.  But I am not positive.

Q.  Before you obtained your teaching certificate, how were you employed?

A.  I was a photographer once.  I was a waitress.  I was a stay-at-home mom.

Q.  And then after December 2005, approximately -- if it ends up being a different month, that's fine -- did you -- after you obtained that teaching certificate, did you get a job as a teacher?

A.  Yes.

Q.  And where all were you employed as a teacher?

A.  Boys Ranch.  Dalhart.  Livingston.  Shepherd.  Houston.  Coldspring-Oakhurst.

And do you need my -- my ex-husband was a coach, and so we moved around a lot.

12

Q.  Okay.

A.  Do you need my -- where I was a teacher's aide before I got my teaching certificate?

Q.  No.  That's fine.

A.  Okay.

Q.  But you were a teacher's aide for some period of time --

A.  Yes.  I --

Q.  -- before you obtained your teaching certificate?

A.  I forgot that.

That's one of the things I did before I got my teaching certificate.

Q.  Okay.  Now, when did you -- when were you hired at Windham School District?

A.  I also forgot to say Windham.

Q.  Okay.  That's okay.

When were you -- when was your -- when were you hired at Windham School District?

A.  In October.

Q.  Of 2017?

A.  I believe so.

Q.  And I'll get back to that in a minute -- well, actually, no.  I'll just deal with that.

So when you were hired at

13

Windham School District, did you immediately go to the classroom or were you in training?  Or what happened after you got hired?

A.  I did a week training.

Q.  And was that immediately after your hire date?  Or was there a period of time between your hire date until the training was -- until the training started?

A.  I don't remember.

Q.  Okay.  So your week training, you think that would have also been in October of 2017?

A.  I think so.  But I don't know for sure.

Q.  Okay.  And were you in a classroom being trained or -- kind of tell me what that week training was like.

A.  I was in a classroom being trained.

Q.  Okay.  And were there students in the classroom or just new teachers?

A.  What do you mean "students"?

Q.  Well --

A.  Prisoners?

Q.  Yes.

So your students at Windham School District were prisoners.  Correct?

A.  Yes.

Integrity Legal Support Solutions
www.integritylegal.support

**Page 14**

Q. Were there any prisoners in the --

A. No.

Q. -- classroom during that week?

Okay. So who was in the -- in the classroom just during that training week?

A. Other teachers.

Q. And what are some of the -- tell me about the training.

What topics were you trained on?

A. I don't know exactly.

Q. Okay. That's okay.

A. It's been six years. I mean, I would guess. I don't know.

Q. That's okay.

Were you trained on -- were you trained regarding how to interact with inmates?

A. I know we were on that. Yes, ma'am.

Q. Do you remember what you were taught?

A. I remember they talked a lot about relationships with inmates.

I don't know why, but it -- it stuck with me that -- not to wear perfume, not to let any of your undergarments show. I remember that.

Q. Okay.

(Telephonic interruption.)

**Page 15**

MR. GRIGG: God Almighty.

I'm sorry. Y'all can hear that?

Go ahead.

MS. HIME: Do you need to take a break?

MR. GRIGG: No.

David, watch her like a hawk.

(Mr. Grigg leaves deposition room.)

BY MS. HIME:

Q. Were you finished with your answer, Ms. Truelove, or were you still talking?

I can ask you another question if that would be --

A. I don't know.

Ask me the same question again.

Q. Okay.

A. I don't know if I was finished or not.

Q. You were telling me about what you learned in your training regarding interacting with other inmates. And I believe you said some of the things you remember was don't wear perfume, don't let your undergarments show.

What else do you remember about that?

A. I don't know.

**Page 16**

Q. Okay.

A. I just don't -- I just ...

Q. Were you trained about what happens if an inmate misbehaves in class?

A. Yes.

Q. And during that week training, do you remember what you learned or what that training module was about?

A. I don't know if -- at some point in time, I was trained on how to write a case.

Q. Okay. And it may have been during that week?

A. Um-hmm.

Q. And just for the record, what do you mean "how to write a case"?

A. Like if you were a teacher in a high school, an office referral. A piece of paper you fill out what the inmate did wrong.

Q. Okay. In your training, what did you learn?

Who would you give that piece of paper to?

A. The guard.

Q. Okay. And that would be an officer that works for TDCJ?

**Page 17**

A. Yes.

Q. And when I say "TDCJ," do you understand that I mean the Texas Department of Criminal Justice?

A. Yes.

Q. Do you remember anything else about your weeklong training?

A. Yes. I do.

I remember how when other teachers talked about prisons, what prisons they were going to, when I said Ferguson, even the instructor -- I don't know how to put it. I just remember them teasing me about going to Ferguson. To be ready for Ferguson.

(Mr. Grigg enters deposition room.)

BY MS. HIME:

Q. Okay. And who was your instructor?

A. I don't remember her name. But there was more than one.

The lady -- I don't know if I'd call her the instructor or the person that was giving it the whole week. Because there was people coming in all the time.

Q. Okay. Do you remember the names of any of

18

the instructors?

A. No.

Q. Do you remember --

A. There was prison guards that came in to talk. I just don't remember any of them.

Q. Okay. And what did the prison guards come in to talk about?

A. I want to say they came in and talked about how to defend yourself, but I don't know.

I remember at some point in time, they talked about somebody being attacked at a prison, and they walked you through it. I don't know.

Q. Okay.

A. I don't know if they were talking about a teacher, or what.

Q. Okay. You remember there was something about an attack, but you don't know what it was.

A. They were reliving what had happened, I think, in a prison and giving you scenarios. I think.

Q. Okay. And what did you learn from that?

A. I don't know.

Q. Okay. Do you remember the names of any other teachers that were in training with you?

A. No.

19

Q. Do you remember the names of anyone that you interacted with during those trainings?

A. No.

Q. Okay. Where did the trainings take place?

A. In an office classroom at Windham's -- what do you call it? Windham's building.

Q. And are those the buildings that are just kind of right outside of the Ferguson Unit?

A. No.

Q. Okay. Where are those buildings?

A. Ferguson was far away from it.

Q. Okay.

A. They're in Huntsville somewhere, I think.

Q. So --

A. There's a prison right by it.

Q. Okay. But it didn't take place in a prison?

A. No.

Q. Have you ever been to a prison before?

A. No.

Do you mean before that? Yes. When I was interviewed, actually.

Q. Okay. So other than your interview, had you ever been -- other than your interview when you started working at the Ferguson Unit, had you ever

20

been to a prison before?

A. No. I don't believe so.

Q. Okay. Why did you decide to start working for the Windham School District?

A. It was during the summertime. The Texas school systems have changed since I started teaching, and my kids were grown up and graduating, and I just wanted something different. I wanted to actually teach people that wanted to learn.

And I forgot to -- when you asked me where I'd worked. I had worked as a professor at Lone Star College. And so I forgot that as a school.

And adults want to learn.

Q. Okay. So you applied for the job at Windham because you liked teaching adults.

A. Yes.

I thought that I could really change their lives if they -- I wasn't grown up in a family that was educated.

Q. Okay.

A. And I thought I could change their lives getting an education.

Q. Now, you said your interview was inside of a prison. Where -- what -- where did you have your

21

interview?

A. I don't remember, because I -- I remember there being two principals, and they were both hiring. And it was not at Ferguson, I know that.

And the Ferguson program, Louann Pickett, hired me. And she was there interviewing me, but there was another principal too.

Q. Okay. Now, after your week -- after your week of training, then what happened? What did you do in your job?

Did you have your own classroom after that, did you --

A. No.

Q. What happened?

A. No. I -- I don't know how many days I spent in another classroom watching another teacher.

Q. Okay.

A. And then we went on lockdown. And so I did observe another teacher at another prison. And I don't remember if it was one day or two days, or -- I don't remember. But I remember going to another prison.

Q. Okay. So, first, you were observing another teacher at the Ferguson Unit?

22

A. Yes.

Q. And do you remember for how many days you did that?

A. No.

Q. Do you know approximately?

Was it a couple of weeks? Was it --

A. No.

Q. -- just a couple of days?

A. I think it was one, maybe two days.

Q. And what teacher did you observe?

A. I can't remember her name.

Q. Okay. And then that ended because the unit went on lockdown?

A. Um-hmm. I think so.

Q. Okay.

A. I don't think I got in my classroom before the lockdown.

Q. Okay. What did you -- so I want to talk about just the teacher that you observed at Ferguson, and then we'll talk about the other teacher that you observed.

The teacher you observed at Ferguson, just to clarify, you don't remember her name. It was a female?

A. Um-hmm.

23

Q. Okay. What did you -- what did you observe during those couple of days?

A. I don't know. I don't remember.

Q. What was she teaching?

A. I don't remember that either.

Q. Did you get to know any of the inmates during that time?

A. I don't think so.

Q. Did you only observe one teacher or more than one teacher?

A. At Ferguson, I think one. I'm not sure.

Q. Okay. Did you observe any inmates breaking rules during those couple of days?

A. I don't think so.

Q. Okay.

A. I don't know.

Q. You don't remember any discipline issues with inmates during those couple of days?

A. I don't remember.

Q. So you didn't see any masturbating during those couple of days?

A. No.

Q. Now, then you went to another inmate -- I mean, I'm sorry -- another unit to observe a different teacher while Ferguson was on lockdown.

24

A. Yes.

Q. Okay. Do you remember that teacher's name?

A. No.

Q. Was it a female teacher or a male --

A. Yes.

Q. It was female?

A. Um-hmm.

Q. And did you observe just one teacher or more than one?

A. I think that prison only had one teacher. It was a smaller prison.

Q. Do you remember the name of the prison?

A. No.

It was in Huntsville --

Q. Okay.

A. -- I believe.

Q. Okay. And I'm sorry if you already answered this, but how many days were you observing that teacher?

A. I don't remember.

Q. While you were observing that teacher, did you observe any discipline issues with any inmates?

A. I don't remember that either.

Q. Did you observe any inmates masturbating in class?

25

A. I think I would remember that. And I don't remember anything like that.

Q. Okay. So you're pretty sure that didn't happen?

A. Yes, ma'am.

Q. So is it fair to say there were no major discipline issues during your observation time?

A. I believe so.

Q. Okay. So after you observed that second teacher, then what happened?

A. I remember setting up my classroom. We were on lockdown for a long time, so I remember just being in my classroom setting up my classroom.

Q. Okay. And, for the record, just to make sure that our record's clear, while -- the Ferguson Unit is where you were assigned. Correct?

A. Yes, ma'am.

Q. And whenever we talk about lockdown, during lockdown at Ferguson Unit, were inmates going to school?

A. No.

Q. Okay. So you were setting up your classroom, but you didn't have any inmates in the education building?

A. Yes, ma'am.

26

Q. And was the education department at Ferguson in a separate building or a separate wing? Or can you kind of describe, from your perspective, what it was like?

A. Well, I don't know what the other part of the prison looked like.

But there was a part that had classrooms all the way down. And then on the second floor, that's where the principals' offices were. And the counselor's office and couple of classrooms.

And then when you went out, there was a big hallway. And on the other side was the vocational education part. And that's all I saw of the prison, other than the lunchroom. Yeah. You walked down the hallway to the lunchroom.

Q. Okay. So during lockdown, you didn't interact with any inmates --

A. No, ma'am.

Q. -- you were separated?

A. Yes, ma'am.

Q. Do you remember how long the unit was on -- the Ferguson Unit was on lockdown status?

A. I think it was two or three weeks.

Q. Okay.

A. I don't -- I don't remember exactly, but it

27

was a long time.

Q. Do you remember what date the Ferguson Unit came off of lockdown status?

A. I don't remember if I taught one or two days before I was attacked. I don't remember.

But I remember it came off lockdown, I may have taught one or two days, and then it happened. I don't remember.

Q. And just to clarify, the day that you were attacked wasn't the first day off of lockdown.

A. No, ma'am.

Q. Okay.

A. I don't think it was.

Q. So it would have been either the second day off of lockdown or the third day off of lockdown, you're pretty certain about that.

A. It wasn't very long.

Q. Okay.

A. But I don't remember exactly.

Q. Okay. Just a couple of days.

A. Um-hmm.

Q. Can you describe in the couple of days -- the one or two days that you had your own classroom with inmates coming -- so not lockdown status -- what was the daily schedule like for you --

28

A. I --

Q. -- just at work.

A. I had a morning class, and then lunch, and then an afternoon class.

Q. So what time would you arrive at work?

A. I don't remember.

Q. When you say "morning class," what time was the morning class?

A. I don't remember what time it started or ended.

Q. Okay. Do you know about how long it lasted?

A. No.

Q. Okay. Was Xavier Johnson in your morning class or your afternoon class?

A. It depended, I think, what day it was.

Q. Okay. Is it accurate that you didn't have the same students in your classroom every single day?

A. Yes, ma'am.

Q. That is accurate?

A. I believe so. Because they would go to another teacher and then the day after that they'd come to me.

Q. Okay. And who was that other teacher?

29

A. I don't know who I was paired up with.

Q. Was it Ms. Bishop?

A. It may have been.

Q. You're not sure?

A. I don't remember.

Q. Okay. So is it accurate that you would have a group of students one day, and she would have a different group of students, and then y'all would kind of flip --

A. Yes, ma'am.

Q. -- for the next day?

Okay. About how many inmates were in your class at one time?

A. Oh, wow. I don't know.

Q. Was it more than five?

A. Yes.

Q. More than ten?

A. Yes. I think so.

I don't -- I wasn't there long enough to even remember --

MR. GRIGG: That's okay. Just answer.

A. I don't know. I don't know.

MR. GRIGG: Nicole, just answer the best you can.

THE WITNESS: Okay.

30

MR. GRIGG: And if you don't know, you don't know.

BY MS. HIME:

Q. Yeah. Yeah. That's fine.

A. Okay.

Q. Do you think it was more or less than 20 students?

A. I don't know.

Q. Okay. You really have no idea --

A. I really don't remember. I'm really sorry.

Q. That's okay.

Before the date of the -- well, let's back up.

The incident with the Xavier Johnson happened on November 13th of 2017. Is that correct?

A. Yes.

Q. So before November 13th of 2017, had Xavier Johnson been in your class?

A. I don't remember.

Q. Okay. Did you know anything about him before that day?

A. No.

Q. You didn't. Okay.

Did you know who he was before that day?

31

A. No.

Q. In the one -- one or two days before the incident with the Xavier Johnson -- so the first couple of days after lockdown, did you have any discipline issues with the inmates in your class?

A. Yes.

Q. And what were those issues?

A. I sent two inmates out of the class, and I don't remember why. I was trying to set classroom management and they were breaking rules, or I wouldn't have.

Q. And what rules were broken?

A. I don't remember exactly what they did.

Q. Okay. Do you remember if one inmate took a shoe off?

A. I really don't remember.

Q. Okay. You have no idea.

A. I really don't remember.

I remember people telling me things.

Q. Okay.

A. But I don't remember.

Q. Did any inmate masturbate in your class?

A. No.

Q. Now, two inmates that you -- I believe you said you sent two inmates out of your classroom in

32

those couple of days before the incident with Xavier Johnson happened. Is that correct?

A. I believe there was just two.

Q. Okay. And what happened when you sent them out of your classroom?

A. They -- I told them to go to the guard station.

Q. And did they go?

A. Yes.

Q. Okay. Did you see them again?

Did they come back to your classroom?

A. No. I don't believe they did.

Q. Okay. Did you ever -- did you write them a case?

A. No.

Q. Why not?

A. I don't know.

I just sent them to the guard station, like I would send a kid to the principal's office.

Q. Okay. And they went with no issue?

A. I don't remember. I don't remember there being an issue or not being an issue.

Q. Okay. Did you ever talk to the officers about that incident? The guard -- you're saying "guards" but I'm saying "officers," but we mean the

33

same, the TDCJ officers. Correct?

A. And I don't know about if I talked to them about it. I know that the principal talked to me about it.

Q. And who was the principal?

A. Louann Pickett.

Q. What did y'all talk about?

A. She told me not to send prisoners outside of the classroom anymore, to write them a case.

Q. Okay. Did she -- is there anything else that she told you?

A. Yes. She told me that when prisons leave the classroom, we have to write down a time they left, and that Windham got paid from the time that the prisoners are in the classroom.

So every time they left, we had to write down when they left. So to write them a case, don't send them out of the classroom.

Q. Okay. And when did you -- was that on the same day that you sent them out, that conversation? Did it take place on the same day that you sent them out of the classroom?

A. I don't remember.

Q. Did y'all talk about any reasons why you could send inmates out of the classroom?

34

A. I don't remember that.

I just remember her telling me, don't send them out of the classroom, write them a case.

Q. And do you -- do you believe that was because of the severity of the rule that they had broken, that they -- they hadn't really broken a major rule, they weren't a threat to you, so you shouldn't send them out of the classroom.

A. I don't know.

I just know that she said don't send them out of the classroom, write them a case.

(Deposition Exhibit 1 marked for identification.)

BY MS. HIME:

Q. Now, I want to ask you just -- I want to clarify a few things with you that are in your complaint that you filed in this lawsuit. So I'm going to hand you what I've marked as Defendants' Exhibit 1.

And do you recognize that document?

A. No. I mean, I -- no.

Q. Did you ever review your complaint that was filed in this lawsuit?

A. I don't think so.

Q. Okay.

35

A. I don't know that it was -- I don't know that I ...

Q. That's okay. You don't remember seeing this?

A. No.

Q. Okay.

THE WITNESS: Is there tissues in here?

MR. GRIGG: I'll bet in a high-dollar law firm like this --

THE WITNESS: I'm so sorry.

BY MS. HIME:

Q. Do you want to take a quick break to get one?

A. No. Go ahead. I'll get one when we take a break. That's fine.

MR. GRIGG: No. Here. I'll find some.

(Mr. Grigg leaves deposition room.)

BY MS. HIME:

Q. Okay. Ms. Truelove, on page 14 of your complaint, I'm going to specifically ask you about 4.42 on page 14.

A. I wish I would have brought my reading

36

glasses.

Q. Are they anywhere around here where --

A. No.

Q. -- you could get them?

Okay.

A. 4 what?

Q. 4.42.

A. Can I take this off or no?

Q. Yes. You can take that off. Sure.

A. Okay.

(Mr. Grigg enters deposition room.)

BY MS. HIME:

Q. Okay. It says -- tell me if I'm reading this is correctly.

"Male inmate students masturbating in front of female Windham teachers was a problem well known among Windham and TDCJ staff. The male inmate students engaged in such inappropriate classroom behavior in an assaultive way by directing eye contact with the teachers while doing so."

Other than Xavier Johnson on the day

37

of the incident in question, you never observed any male inmates masturbating in class.

A. No.

Q. So where did this information come from?

What did you mean by that if you never observed that?

MR. LINDSAY: Objection. Form.

MR. GRIGG: Just a second.

Yeah. Objection. Because, as she said, she's never read it. So it's the lawyers that put it in there, not her. So you can ask what the lawyers mean if she knows.

MS. HIME: Well, these are her allegations in the lawsuit. I mean, she's sued Windham because they were allegedly allowing this --

MR. GRIGG: Right. And she's told you she doesn't know.

MS. HIME: Okay.

MR. GRIGG: Go ahead. And do it however you want.

MS. HIME: Okay.

BY MS. HIME:

Q. Okay. Ms. Truelove, do you agree with that Section 4.42?

A. Do I agree with this statement?

38

Q. Do you agree that --
A. Yes. It happened to me.
Q. Okay --
MR. GRIGG: Wait. Don't talk when she's talking.
THE WITNESS: Okay.
BY MS. HIME:
Q. Well, I may have started talking before you finished answering too, so I'll try and be better.
So other than Xavier Johnson, do you agree that it was well known at Windham that male students engaged in inappropriate classroom behavior in an assaultive way by directing eye contact with teachers while masturbating?
A. Before or after the incident do I agree with this?
Does that make sense to you? I don't --
Q. Yeah. Let me ask the question a different way.
MR. GRIGG: And if you know. If you don't know, tell her you don't know one way or the other.
A. I don't know.
I don't understand your question at

39

the time frame, because my thoughts have completely changed since then of what I knew before then.
BY MS. HIME:
Q. Okay. Other than -- I don't want to -- so other than what happened to you with Xavier Johnson on November the 13th, 2017 -- we can talk about that in a minute.
So other than that incident, did you -- did you experience any other male inmates --
A. No.
Q. -- masturbating?
Okay. Did you know -- did you hear that that happened?
A. Yes.
Q. And when did you hear about that?
A. I don't know.
Q. Before the incident with Xavier Johnson or after?
A. I remember it was in our training. And I remember hearing it before and after.
Q. Okay. What was in your training?
A. About masturbation. Because it freaked me out.
Q. What did they tell you about masturbation?
A. I don't remember.

40

Q. Did they tell you it was allowed or not allowed?
A. It was a classroom rule. No skin contact.
Q. Okay.
A. No skin -- how is that -- no skin-on-skin contact.
Q. So they told you masturbating was not allowed in the classroom?
A. Absolutely.
Q. Okay. But you didn't know -- you didn't personally know of any instances where inmates were masturbating in the classroom. Is that accurate?
A. I don't know. I don't believe so. I wasn't ...
Q. Okay.
A. Repeat your question.
Q. You didn't personally know of any instances where inmates were masturbating in the classroom.
A. I don't know if I heard it before or after. I don't know. I don't know.
Q. Okay. You never observed that happening.
A. No.
Q. And you never reported to anyone at Windham that that was happening.
A. No.

41

Q. Now, on that same page, just kind of moving on, on page 14 of your complaint states -- and this is Section 4.44 --
"That before plaintiff began teaching on the Ferguson Unit defendants purchased cameras to install in each of the education unit classrooms to monitor inmate students during each of the three-hour classes."
And 4.45, "The cameras were scheduled to be installed in each classroom as a preventive security measure. Some of the necessary brackets had already been affixed in some of the classrooms when plaintiff began teaching in Windham's classroom."
Where did you find out the information about cameras?
A. I know of one person, but there may have been more. Anna Shrieves. Her classroom already had the drills and the bracket in her classroom. And we talked about it in her classroom.
Q. What did y'all talk about?

42

A.  That they had purchased cameras for the Ferguson Unit.  And I don't know if it was her or someone else that told me that the warden decided to put them in other parts of the prison.

Q.  Okay.  And when did you learn that information?

Was it before or after this incident happened with the Xavier Johnson?

A.  I never went back after.

Q.  Okay.  So it was before.

A.  Well, yes.

Some of the information I've learned before it happened, like being in Ms. Shrieves classroom and looking up at it.  I saw it myself. But then I learned a lot after too.

Does that answer your question?

Q.  Yes.

A.  Okay.

Q.  Okay.  Now, you stated that you didn't know anything about Xavier Johnson before November 13th, 2017.  Correct?

A.  I don't believe so.

Q.  Okay.  So on page 15 of your complaint, Section 4.5 you -- your complaint alleges that Xavier Johnson repeatedly broke classroom rules, in

43

particular, the masturbation policy.

What do you mean by "he repeatedly broke classroom rules"?

A.  Because I asked him -- I believe this is talking about -- I don't know.

I asked him at least three times to stop.

Q.  So the "repeatedly broke classroom rules" was on the day of the incident.

A.  Yes, ma'am.

Q.  Okay.  You're not talking about he had been breaking rules before that -- before he was in your classroom that day.

A.  I don't know what this is saying.  I don't have any idea what this is saying.

What I'm saying is, I think that was the first time I ever had him in my class and he had repeatedly broke classroom rules that day.

Q.  Okay.

A.  But I don't know what this is talking about.  Because I do know that he broke rules at other times.

Q.  Okay.  So 4.51 on page 15 says:
"This inmate student was known to have masturbated through this pants

44

when female Windham school teachers were present, violating the policy prohibiting inmate students from having their hands in their pants."

So other than your classroom the date of this incident, are you aware of any other time that Xavier Johnson broke the masturbation rule?

A.  Yes.  I was told that he had twice.  It's in his record.

Q.  And did you ever see that in his record?

A.  No.

Q.  Who told you that?

A.  I don't know who was the first -- oh.

THE WITNESS:  Do I have to tell her?

MR. LINDSAY:  Well, yes.

And I will say, I totally understand you have some questions about this.  I think one problem were running into is that, you know, there's lot of other witnesses that went into these statements.  So as long as you're doing -- which for the most part you have by clarifying what she knows about it, that's fine.

I just -- make sure not to ask her to endorse the statements one way or the other.  Just ask her what she knows about it --

45

MS. HIME:  Okay.  But these are her allegations.  I mean, she's suing for over $1 million because of these allegations.  So if -- I mean, she either endorses the complaint or not.

MR. GRIGG:  You realize, of course, that the lawyers prepared that complaint.  And the lawyers investigated and found out information that she may not know.

THE WITNESS:  I told --

MR. GRIGG:  Just a second, please, Nicole.

And really, I don't want to tell you how to do your deposition.  It's totally proper to ask her, did she know about those.  And if she does, yes; if she doesn't, no.

But what her lawyers told her or what her lawyers put in a position they didn't ask her about, you know, she can't go into.  But you can certainly ask her if she knows about any of that.

THE WITNESS:  I know when the -- I'll answer your question.

MR. GRIGG:  Nicole, you be quiet.

THE WITNESS:  Oh.  Sorry.  I'm sorry.

MS. HIME:  Okay.  So -- I mean, that's fine.  But if she doesn't endorse her own complaint,

46

I think that's an issue.

MR. GRIGG: There's a difference in you endorse your complaint, or did you leave it up to your lawyers.

She may not know of that information, or what we found in our investigation. She can tell you, yes, I know that -- I know that, or I'm sorry, I don't know about it.

MS. HIME: Okay. Can we take a quick break?

MR. GRIGG: Sure.

THE VIDEOGRAPHER: Off record at 9:48.

(Recess taken.)

THE VIDEOGRAPHER: We are back on record at 9:57.

BY MS. HIME:

Q. And I'm just -- Ms. Truelove, before the break, I was asking you some clarifying questions about your complaint that you have in front of you.

A. Yes, ma'am.

Q. So if you don't know the answer to my questions, you can tell me that. But I'm just going to keep asking you a few questions to see what we can clarify during this deposition today.

A. Okay.

47

Q. Okay. So back to page 15, Section 4.5, where it says "Xavier Johnson repeatedly broke classroom rules in particular the masturbation policy."

Other than November the 13th of 2017, did you have any personal knowledge or evidence that he had repeatedly broken the masturbation rule?

A. Yes.

Q. Okay. And what was your personal knowledge of that?

A. My brother called me after it happened and told me that one of their very best friends worked at TDCJ and looked up his record, and that he was in trouble two different times for masturbating.

Q. So you learned that after the fact.

A. Yes, ma'am.

Q. Okay. Did anyone else give you that information?

A. I think I talked about it with my attorneys. I know I called David right away and told him.

Q. And you don't have to tell me anything that you --

A. Oh --

Q. Talked about --

48

A. -- okay.

Q. -- with your attorneys --

A. Oh, okay.

Q. -- just so you know.

A. Okay.

Q. But other than your attorneys, did anyone else give you that information?

A. After it happened, yes.

Q. Who?

A. An employee of Windham.

Q. Okay. And who was that?

A. The counselor that worked at Windham when this happened, I believe, is who told Anna Shrieves that he was in trouble for masturbating before. And Anna Shrieves told me.

Q. And did you learn any other details about that? Like, did you know when he had been in trouble for masturbating?

A. I don't know if somebody told me when.

Q. Do you remember any other details?

A. No.

I -- I remember a big -- I remember everybody saying to me that -- you know, my brother, his friend, Anna, and who -- because they knew that Anna was talking to me, that everybody was saying he

49

shouldn't have been in the education unit because of masturbation previously.

Q. One other -- I'm going to backtrack a little bit. Were there correctional officers -- so I want to talk about November 13th, 2017, now.

A. Okay.

Q. Were there correctional officers assigned to the education unit on that day?

A. Yes.

Q. Okay. How many, if you remember?

A. I don't know how many was upstairs. I know that there was one that I remember at the very front of my hallway.

Q. Okay.

A. There was a podium, and he was right there.

Q. Okay. So if your complaint says on page 12 that there were no correctional officers present in the educational department, is that a mistake?

A. No. You asked me if there was any there that day. I saw them there that morning.

Q. Yes. That's what I -- yeah.

A. That morning, I saw them there.

But when prisoners are released, they go outside of the education unit in the hallway and pat down the prisoners. So there was no

50

correctional officers in there when it happened.

Q. Okay. So there were correctional officers there that day, but you're saying that --

A. Where -- where am I supposed to read that?

MR. GRIGG: Hey --

THE WITNESS: I'm sorry.

MR. GRIGG: -- don't interrupt her.

BY MS. HIME:

Q. Well -- and I can tell you where I'm referring to.

A. Okay.

Q. It's page 12, Section 4.31.

A. Okay.

Q. So just to clarify, there were correctional officers on that day. But it's your testimony that there were none in the education department when this incident happened.

And I'm just trying to understand, so you can tell --

A. Yes.

Q. -- me if I'm wrong.

A. There's different parts to the education. There's an upstairs, a downstairs, and across the whole hallway.

I don't know how many there were that

51

day.

Q. Okay.

A. I know that there was one at the podium when I came in.

But I know when prisoners are released, they go out. And that's where the prisoners go out. So, no. There was none in my educational hallway when it happened.

Q. Okay. And how do you know that?

A. For one, he told me.

Q. Who told you?

A. The correctional officer. When they saw me that day, that next day, two days later.

And for two, that's what happened. That's what always happened. The prisoners are released, they go out the hallway. And in the big, huge prison hallway they pat down the prisoners before they release them.

Q. Okay. And when did you -- just to -- I just want to, kind of, clarify your answer.

What correctional officer did you talk to a couple of days later?

A. The one that was there that day. And the lady that gave me her coat, I believe.

I don't know. They trampled in all

52

kinds of people.

Q. Okay. So it was a female correctional officer?

A. There was a male correctional officer, and I believe he was African American.

Q. Okay.

A. And there was a female correctional officer, and I believe she was African American.

I'm not sure. He may have been Hispanic.

Q. And do you know their names?

A. No.

Q. Okay. And where did you talk to them a couple of days later?

A. At the Ferguson Unit.

Q. Okay. Why were you at the Ferguson Unit a couple of days later?

A. Because they called me there. Because people wanted to talk me.

Q. Okay.

A. They wanted to give me a statement -- they wanted me to give a statement. I had to get my car.

Q. Okay. Okay. Now, back to November 13th, 2017. And remember -- I know this is a tough topic, so if you need to take a break, please let me know

53

at any time.

Do you remember -- how was your classroom set up that day?

A. In a horseshoe.

Q. Okay. So the students' desks or inmates' desks were arranged in a horseshoe?

A. It was tables. I don't believe they were desks, but it was in a horseshoe.

Q. And where was your desk? Was it also --

A. Right by the door.

Q. Okay. So in front of the windows.

A. I don't -- I can't remember. It was right by the door.

Q. Okay. When was your first interaction with Xavier Johnson that day?

A. I don't know when my first interaction was that day. When he came in the class.

Q. Okay. Did you -- was there anything about his demeanor that you noticed, or anything that you noticed when he first came into the classroom?

A. Not when he first came into the classroom. But he wouldn't stop looking at me.

Q. And when did that start? About how --

A. Into the classroom -- into the class.

I had a podium. I had something --

Nicole Truelove - 12/21/2022

54

maybe not a podium. But the horseshoe was like this, my desk was like this. I was in the middle. They were testing, because I was trying to figure out where each student was.

And I was sitting on a stool, or something, and I had something right here. And I don't know if it was the projector table or what. But he was right across from me. And he wouldn't stop looking at me and he wouldn't stop having his hands in his pants. He wouldn't get his hands out of his pants.

Q. Okay. So just for the record, because you were kind of showing us where your podium was and everything, I want to make sure the record's clear.

The desks were in a horseshoe and it looks like your podium was kind of in the middle of the horseshoe?

A. In the front.

Q. In the front, kind of center of the horseshoe?

A. Um-hmm.

Q. So what did you do when he had his hands in his pants?

A. I don't remember my exact words, but I know that I asked him to get his hands out of his pants.

55

Q. And what did he do?

A. Well, he didn't, because I had to keep asking him to get his hands out of his pants. I remember -- I think I told him to put his hands on the table.

Q. Okay. And did he ever comply with your requests?

A. No.

Q. Did you see -- did you tell him you were going to write him a case?

A. No.

Q. Did you send him out of the class?

A. No.

Q. Why not?

A. Because I was told not to send people out of the classroom.

Q. Okay. Did any other inmates say anything?

A. I don't really know what you're asking. It was a class full of inmates.

Say anything ...

Q. Well, what was it like?

Was it noisy? Was it quiet?

A. I don't ...

I don't know what you're asking.

Q. Was the classroom quiet?

56

A. I don't know that it was a quiet classroom. I don't remember exactly what the -- I don't know.

Q. So when you said, Xavier Johnson get your hands out of your pants, did any other inmates comment on that?

A. I don't remember.

Q. So about how long did he have his hands in his pants?

A. Long enough I knew what he was doing.

Q. Okay. Why --

A. You could see his hands moving.

Q. Okay. How many times did you ask him to get his hands out of his pants?

A. I believe was two or three, but -- I don't remember. But I know I did it more than once.

Q. Did you ever go out in the hall and call for the CO to come down?

A. No.

Q. And by "CO" I mean, correctional officer. Do you understand that?

A. Yes.

Q. Did you ever try to alert any other teacher?

A. No.

Q. Any other Windham employee?

57

A. No.

Q. Did you try to alert any TDCJ employee?

A. No.

There was nobody there but me.

Q. Okay. There were other teachers in their classrooms around. Correct?

A. Yeah. But not in my class.

Q. Okay. And there was a correctional officer at the end of the hall at a podium. Correct?

A. I think. I don't know.

Q. Okay. You never looked to try to alert that person?

A. No.

Q. Okay. Why not?

A. Because I was told to write him a case.

Q. Did you write him a case?

A. Yes. I sat down at some point at my desk and began writing him a case.

Q. And was that while the class was still going on --

A. Yes.

Q. -- or when the class was over?

A. It was while the class was still going on.

Q. Okay. And what happened then?

A. Some -- I remember one inmate getting up to

58

go to the bathroom. And then I remember Xavier going to the bathroom. And I remember him asking if he could talk to me, and I told him, no.

Q. So what were you doing when he went to the bathroom?

A. Writing him a case at my desk.

Q. How long does it take you to write a case?

A. Well, it was my first one, so I was trying to figure it out.

Q. Okay.

A. And helping other students at the same time.

Q. And were you sitting at your desk while you were helping other students or were you up walking around? Or, kind of, what were you doing?

A. I don't remember finish -- I don't think I finished writing him the case.

Q. Okay.

A. I don't know what you're asking. I don't think I finished it.

Q. Okay. So when did he ask you to go to the bathroom?

Or when did he go to the bathroom?

A. During class. I don't know. I don't know what time

59

he went to the bathroom. I don't know what you're asking.

Q. Okay. When did he ask you if you would talk to him?

A. After he went to the bathroom.

Q. Okay. So you sat down -- I want to make sure I have the timeline correct.

You sat down to write him a case at your desk. He goes to the bathroom. He comes back and asks if he can talk to you --

A. But there was a prisoner that went to the bathroom first.

Q. Okay. And so then that inmate came back.

A. Um-hmm.

Q. And then Xavier Johnson went to the bathroom --

A. It was the inmate --

MR. GRIGG: Just a second.

THE WITNESS: Oh.

BY MS. HIME:

Q. Go ahead.

A. It was the inmate sitting right by Xavier Johnson. I don't remember his name.

Q. Okay. And then Xavier Johnson went to the bathroom?

60

A. Yes, ma'am.

Q. And then he came back?

A. Yes.

Q. And then he asked you if he could talk to you.

A. I think that's how it went.

Q. And what did he say?

A. Can I talk to you.

I don't remember his exact words. I remember I told him, no.

Q. Did you have an understanding of what he wanted to talk to you about?

A. Not at the time.

Q. Okay. And why did you tell him no?

A. Because I'm not going to go out in the hallway and talk to a prisoner.

Q. Okay.

A. I don't know.

Q. About how much time was left in the class when that happened?

A. I don't know.

Q. Was class almost over?

Was -- did class go on after that?

A. Maybe it was almost over. I don't remember.

61

Q. So you mentioned going out in the hallway. Did he want to talk to you in the hallway or inside the classroom?

A. I have a feeling he wanted -- I think I -- I think he wanted to go out in the hallway. But I don't remember.

Q. Okay.

A. If he wanted to talk to me right there, he would just talk me.

Q. Okay. And you think that it was almost time for class to be dismissed at that point?

A. I'm not sure.

Q. Okay. Did class continue on after that for a while, or were --

A. You know, I don't really remember anything other than what happened.

Q. Okay. So what's the next thing that you remember?

A. I remember that there was loudness in the hallway. It was really loud in the hallway. And I thought that the -- what do you call them? He's an inmate, but he's called something. Trustee inmate was letting out Ms. Bishop's class, but my class got up and left at the same time as Ms. Bishop's class. And that's not normal. And I just remember sitting

62

at my desk.

Q. Okay. So your class started going out?

A. Um-hmm.

Q. Did most teachers stand in the hallway when their classes --

A. No.

Q. -- when their students were leaving?

A. No. We were in our classroom.

Q. Okay.

A. Because we had to write down a time when every prisoner left.

Q. Okay.

A. Time sheets, I believe it was. I don't know -- I'm not sure what they were called.

Q. Okay. But you kind of clocked them out --

A. Yes, ma'am.

Q. -- by writing the time?

And so you were sitting not at the podium that was at the top of the horseshoe but at your desk that was in front of the window?

A. Yeah.

Q. Okay.

A. Well, I don't -- I don't know about windows. I'm sorry.

Q. Okay. That's okay.

63

A. I was right by my door.

Q. Okay. So what happened when -- do you remember anything out of the ordinary about your class leaving?

A. Yes. They left at the same time as Ms. Bishop's class, and they weren't supposed to. And it was loud and just rambunctious. I don't know how to describe it. It just wasn't normal.

Q. That's not normally what had happened in your experience?

A. No.

Q. What normally happened?

A. One class was dismissed at a time.

Q. Okay. So that was out of the ordinary for the Ferguson Unit?

A. From what I'd seen previously.

Q. Okay. So what happened next?

A. I was sitting at my desk and it was loud. And I reached over to shut the door and saw Xavier Johnson's face for a brief second.

And so you want me to tell all of it?

Q. Yes, please.

A. Really?

He grabbed me by the hair and pulled me up. Slammed my face up against the door. He

64

pulled my pants down. He jammed his finger inside of me and said, "If you fuck with me, I'll fuck with you. If you fuck me with, I'll fuck with your husband. If you fuck with me, I'll fuck with your kids."

And then he let me go. He grabbed a piece of paper off my desk or the floor or -- no. That was the piece of paper underneath my -- a lot of papers fell off the desk. And he grabbed a piece of paper. That's when he knocked me kind of over because it was underneath my knee. And he crumpled it up and he threw it away and he left.

Q. Okay. Do you need to take a minute --

A. No. I want you to be done.

Q. Okay. So on page 17 of your complaint -- and I'm looking at 4.62 d. It says, "He grabbed her hair, slammed her head down on her desk, and exerted forceful control over her."

Is that inaccurate or inaccurate?

A. That's inaccurate.

Q. So -- and then under e., specifically, number 2, it says, "Each time he used the word 'fuck' or 'kill,' he penetrated plaintiff so forcefully that her body lifted off the desk."

Is that an accurate statement?

65

A. Is that an accurate statement?

Q. Is it --

A. He did it --

Q. Is it accurate --

A. -- he did it three times.

Q. So your body lifted off of the desk?

A. No. Not my desk.

I was up against the door. And he put his finger up every time he said -- I guess, I'll have to --

Q. So ...

A. He put his finger up me really hard. And I had one shoe off and one shoe on, so I could get higher up with one foot. And he said "If you fuck with me, I'll fuck with you," any he jammed his finger all the way up me.

Q. Okay.

A. And then he said, If you fuck with me, I'll fuck with your husband," and he jammed his finger all the way up me.

And then he said, "If you fuck with me I'll fuck with your kids," and he jammed his finger all the way up me. And I was trying to get higher up so it wouldn't hurt.

Q. So just to clarify. When it says your body

66

lifted off of the desk, that is not accurate.

A. My body lifted off of the floor.

Q. Okay.

A. My foot -- I don't know what you mean by that. But, no. It wasn't on the desk.

Q. About how long did this take? How long did it --

A. In my mind, forever.

I don't know how long it took. Y'all have got the video of it.

Q. And then who was the first person to respond to your classroom?

A. Ms. Bishop.

Q. And about how long was it between --

A. I don't know.

Q. Okay. Do you think it was a few seconds? A couple minutes?

A. When she heard me banging on the door. I don't know.

Q. Was that right after it happened?

A. Yes.

Q. Ms. Truelove, I just want to ask you a few other questions to see if you know -- if you can clarify some things for me in your complaint. So I'll move on to page 22 of your complaint.

67

So the first section, 4.88 says: "Defendants failed to adequately warn plaintiff of Xavier Johnson's specific dangerous characteristics, his history of violence, and continuing propensity for violence."

Do you have any -- do you know what that means?

Is that something that came from you or somebody else?

MR. LINDSAY: Objection. Form. You can answer.

THE WITNESS: What?

MR. LINDSAY: Objection. Form. But you can answer the question to the best of your knowledge.

A. Yeah. Did they fail to warn me about Xavier Johnson and his past? Yes.

BY MS. HIME:

Q. And by "his past," do you mean the two prior write-ups that you think he had for masturbating, or something else?

MR. LINDSAY: Objection. Form.

A. I don't know.

I agree with defendants failed to

68

adequately warn plaintiff of Xavier Johnson's -- I don't know.

BY MS. HIME:

Q. Well, what did they fail to warn you about?

What did Windham School District fail to warn you about?

MR. LINDSAY: Objection. Form.

MR. GRIGG: Why?

MS. HIME: What's your objection?

MR. LINDSAY: The objection form -- it assumes -- it's asking for her to speculate to what Windham knew and could have shared with her and didn't share. What she has testified is they didn't give her any warnings all. So no warnings about him specifically, I think, answers the question.

BY MS. HIME:

Q. What warnings do you think, if any, should Wyndham School District have given you?

MR. LINDSAY: Objection. Form.

MS. HIME: And what's your objection?

MR. LINDSAY: Speculation. The question calls for speculation.

MS. HIME: No. I said --

MR. LINDSAY: You're asking her to speculate as to what Windham School District should

69

have warned her about or shouldn't have, as well as what information they had.

MS. HIME: I'm asking what she's alleging -- what does she think Wyndham should have --

A. Windham shouldn't have had him in my classroom.

BY MS. HIME:

Q. All right. And why not?

A. Because of his previous acts.

Q. And are you talking about those two masturbation write-ups --

A. That. Right.

Q. -- that you heard about?

MR. GRIGG: Wait. Let her finish.

THE WITNESS: Oh.

BY MS. HIME:

Q. Anything else that you know of about Xavier Johnson, other than those two write-ups, that you should have been warned about?

A. I don't believe that we knew why prisoners were in our classroom.

I don't know what you're trying to say. I think I answered it.

He shouldn't have been in my

70

classroom.

Q.  And why is that your opinion?

A.  Because of what he did to me is my opinion.

Q.  Okay.  4.89 says:

"Defendants created and tolerated known conditions that constituted a hostile work environment for female teachers including plaintiff."

A.  What number was it?

Q.  4.89.

Other than the incident with Xavier Johnson do you believe there was a -- you experienced a hostile work environment.

A.  I was only there for three days.

Q.  So is that a "yes" or a "no"?

MR. LINDSAY:  Objection.  Form.

MS. HIME:  And what's your objection?

MR. LINDSAY:  Again, speculation. So --

MS. HIME:  How is it speculation, "What did you experience?"

MR. LINDSAY:  So the question you're asking her -- if could you just ask her, hey, what did you experience --

MS. HIME:  I did.  I said, "What did

71

you" -- I said, "Other than the incident with Xavier Johnson, did you experience a hostile work environment?"

That was my question.

MR. LINDSAY:  And then she answered the question.

And you said "yes or no" after the first reading 4.89.  Whereas, you know, again, you can ask her what personally she's experienced --

MS. HIME:  That's exactly what I asked.

MR. LINDSAY:  -- but when you -- when you ask that first, and that entire blanket statement right there, you're asking her, hey -- you're asking her questions that would be covered by other witnesses in this case.

So you can ask her what did she experience, but she, based off of her experience and her personal knowledge, doesn't have a complete picture of 4.89.  There's a bunch of other witnesses that will testify to that as well --

MS. HIME:  Okay --

MR. LINDSAY:  -- so just --

MS. HIME:  -- I asked specifically --

I said -- "What was your experience?"  That was my

72

specific question.

BY MS. HIME:

Q.  So you can answer the question.

MR. LINDSAY:  Can you reask the question?

MS. HIME:  Sure.

BY MS. HIME:

Q.  Other than the -- your experience with Xavier Johnson on November the 13th of 2017, did you experience a hostile work environment at Windham?

A.  I did on November 13th.

Q.  Other than that -- other than that --

A.  No.

Q.  -- other than that incident.

Your answer was, "no"?  Okay.

Now, November the 13th of 2017 was your last day teaching at Windham.  Correct?

A.  Okay.  Repeat your question.  I'm sorry.

Q.  November the 13th of 2017 was your last day teaching at Windham.  Correct?

A.  Yes.

Q.  And did -- and you -- after that, you received workers' comp payments?

A.  Yes.

Q.  Okay.  And then is it accurate that Windham

73

also supplemented your income so that you were receiving 100 percent of your salary.

A.  I believe so.  Yes.

Q.  And for how long did that occur?

A.  I don't know.

Q.  Okay.  That's okay.

A.  I don't know.

Q.  Where -- when did you -- when were you next employed after Windham?

A.  Houston ISD.

Q.  And when did you start working there?

A.  Two years ago.  Two and a half years ago.

Q.  So in 2020?

THE WITNESS:  Can I borrow this?

THE STENOGRAPHER:  Sure.

THE WITNESS:  Can I write on this?

BY MS. HIME:

Q.  No.  I can give you --

A.  Or I don't know.

Two and a half years ago in August.

Q.  August.  Okay.

So August of 2020?

A.  I believe.

Q.  Okay.  So from November of 2017 until August of 2020, were you employed anywhere?

74

A. No. I don't think so.

Q. Okay. And then how long did you work -- how long did you work for Houston ISD?

A. A year. A school year.

Q. And why did you leave there?

A. Because they were going back to full classrooms.

Q. Okay. And you didn't want to go back to a full classroom or --

A. I couldn't have worked in that school when all the kids came back.

Q. Okay. And why not?

A. It would have been too overwhelming.

Q. Okay. And can you explain what you mean by that?

A. No.

Q. Okay. And what was your salary at Houston ISD?

A. I don't remember. 62. I don't remember.

Q. Okay. So you were employed for a school year, so until, maybe, May of 2021?

A. I would have gotten a paycheck until August.

Q. Of 2021?

A. Yeah. From August to August. Or from

75

September to August I would have gotten a paycheck.

Q. Okay. And then did you get another job after that?

A. Yes.

Q. Where?

A. Coldspring-Oakhurst ISD.

Q. And were you a teacher there?

A. I am a teacher there.

Q. Still?

A. Yes.

Q. Okay. And when you were employed by Houston ISD, were you a teacher?

A. Yes.

Q. What were you teaching there?

A. Geography.

Q. Okay. And what are you teaching at Coldspring?

A. Geography.

Q. So when did start your job at Coldspring?

A. September. Right after I left -- or August. I can't remember when I started back. I want to say August 15th.

Q. Of 2021?

A. Yes. 2021, 2022. Yes.

Q. So this is your second school year there?

76

A. Yes.

Q. And what is your salary with Coldspring?

A. Oh, gosh. 52-something.

Q. Okay. And do you --

A. I think. I'm not quite sure.

Q. Between when you left Windham in 2017 and when you got the job with Houston ISD, did you have any jobs during that time?

A. No. I don't think I did.

Q. Did you apply for any jobs?

A. No. I didn't get out of my house.

Q. Okay. And were you getting workers' comp and pay from Windham that entire time?

A. I don't know when that stuff stopped. I don't remember.

Q. Okay. What other sources of income have you had since leaving Windham in November of 2017?

A. That -- there was a place that I got -- applied for a loan on the case. I don't know how to describe it.

Q. So that was a loan against your -- whatever judgment you would possibly get in this lawsuit?

A. Yes.

Q. Okay. And how many loans did you take out like that?

77

A. I don't remember. Two, maybe three.

Q. Okay. And how much --

A. I was also getting money from Broadus.

Q. What is Broadus?

A. Broadus was one of my attorneys.

Q. And how much money did you take out in loans?

A. I don't remember.

Q. You have no idea?

A. I don't remember.

Q. And do you have to pay that money back?

A. No.

Q. So they just gave you the money and you don't owe anything back?

A. Not if I don't win.

Q. Okay. So if you -- if you get a judgment, then you have to pay them back.

A. Yes, ma'am.

Q. So how much will you owe them?

A. I don't have any idea.

Q. Okay. Now, what physical injuries did you have as a result of this incident?

A. Right after it you mean?

Q. Any physical injuries that you're asking damages for.

78

A. I don't know how to answer that.
Q. Well, did you have any physical injuries?
A. I had a bump on my head.
Q. Okay.
A. And I was very sore down there.
Q. Did you require medical treatment for either of those?
A. They took me to the hospital.
Q. Okay. And what treatment did you get?
A. I don't -- I don't know.
Q. And when you say "they" took you to the hospital, do you mean when the OIG investigator took you to the hospital --
A. Yes.
Q. -- right after this happened?
A. Yes.
Q. Did you go to any follow-up medical appointments?
A. I did.
Q. And who did you -- where did you go?
A. My female doctor, to make sure I was okay down there.
Q. And what's the name of your doctor?
A. Dr. DeLoach.
Q. Where is --

79

A. Livingston.
Q. How many times did you go to the doctor for your bump on your head and the soreness?
A. I went to the hospital and I went to Dr. DeLoach once.
Q. And do you have any ongoing soreness or physical injuries?
A. No.
Q. Did you -- you also mentioned emotional distress. Did you seek any medical attention for that?
A. Yes.
Q. And what doctors did you see for that?
A. I've been seeing Kimberly Boyd. And she sent me to a doctor, and I can't remember that doctor's name.
Q. And is Kimberly Boyd a doctor?
A. I think she's a counselor. I don't know if she's a doctor or not.
Q. Does she prescribe medication?
A. No.
     That's who she sent me to.
Q. Okay. And do you still see Kimberly Boyd?
A. Yes.
Q. How long have you been seeing her?

80

A. Since it -- well, not since the day it happened. Since right after it happened. I don't know when.
Q. Okay. And how did you get referred to Kimberly Boyd?
A. My dad is a counselor.
Q. Okay.
A. And he told me I needed help. But he didn't want me to see somebody in his office, so the director of the Burke Center, where my dad works, gave me her name.
Q. Okay. And how often do you see her?
A. I see her now -- or -- and we do phone things, too, because my work. Couple of weeks.
Q. Couple times a week or every couple weeks?
A. No. Every couple of weeks.
     It's really hard right now because we just finished testing.
Q. And do you mean with your job?
A. Yes.
Q. Okay. Had you ever seen a counselor before this incident happened?
A. You know, I think I did when I was a kid. And I think me and BJ saw a marriage counselor -- one of my ex-husband's saw a counselor.

81

Q. Okay. Now, you said that Kimberly Boyd referred you to a doctor. What was his or her name?
A. I don't remember.
     I went to him one time, they prescribed me seven different medications, and I never went back.
Q. And was that -- do you know what type of doctor that was?
A. I think it -- a psychiatrist. Can't they prescribe? I think it was that type of doctor.
     MR. GRIGG: Nicole, just answer the question.
     THE WITNESS: Okay.
A. I don't know.
     MR. GRIGG: She's not interrupting --
     THE WITNESS: Okay.
BY MS. HIME:
Q. And you said the psychiatrist prescribed you seven different medications?
A. Yeah. I think it was seven. It may have been more.
Q. Okay. And what -- do you know why you were --
A. I don't know why somebody would -- I don't know.

82

Q. Did you have any diagnoses?

A. Yes. Kimberly has diagnosed me with PTSD, I believe.

Q. Okay. Anything else?

A. I don't know.

Q. And what about the doctor that prescribed you seven medications? Did he or she --

A. Yes. But I don't remember.

Q. You don't remember any of the diagnoses?

A. I don't remember a lot about that, because it upset me a lot.

Q. Why did it upset you?

A. Because I've never had to take medication before.

Q. Okay.

A. And how can you talk to some --

MR. GRIGG: Now, just answer her questions.

THE WITNESS: Okay.

BY MS. HIME:

Q. Did you take the medication?

A. I did. And I stopped.

Q. Okay.

A. That medication that he prescribed -- they prescribed.

83

Q. So how long -- when did you see this doctor?

A. I don't remember.

Q. Do you remember the year or --

A. No.

Q. You don't even remember --

A. No.

Q. Okay. How long did you take the medication?

A. Not very long.

Q. Okay. And then did you just stop it on your own --

A. Yes.

Q. -- or did you go to see another doctor?

A. No.

MR. GRIGG: Let her finish her question. Just relax.

BY MS. HIME:

Q. So did you see any other psychiatrist?

A. No.

Q. Did you get any other second opinion about your --

A. I think I did.

I'm sorry. But I think I did. I think the workman's comp people -- I think the

84

psychiatrist is the doctor they sent me to when I did my extension, or that workman's comp lawyer got involved. I think he was a psychiatrist.

Q. And what was his name?

A. I don't know.

Q. Okay. And did he prescribe medication?

A. No.

He was there to evaluate me for workman's comp.

Q. Okay. So did you see any other -- after you stopped taking the medication from the doctor that prescribed seven medications, did you see another psychiatrist after that?

A. No.

Q. Did you talk to any other doctor about your mental health or mental health medications?

A. Yes. I talked to my regular doctor. I talked to -- I talked to Dr. DeLoach about -- because -- Dr. Luna's, who gives me Paxil.

Q. And who is Dr. Luna?

A. My new, just, general doctor.

Q. Okay. And how long have you seen Dr. Luna?

A. Not very long. Probably a year, maybe. Or maybe a little longer than a year.

My insurance changed and that's when I

85

started seeing her when I started -- I can't remember exactly. Sometime after I started Coldspring.

Q. Okay. What medical expenses have you incurred as a result of this incident?

A. Just Kimberly.

Y'all stopped paying her.

Q. When you say "y'all stopped paying her," what do you mean?

A. Y'all, after I filed the lawsuit, stopped paying Kimberly.

Q. So who was you -- it's your understanding Windham was paying Kimberly before you filed the lawsuit?

A. I don't know who it was. Windham, TDCJ. I don't know who it was.

But y'all stopped paying her when I filed the civil lawsuit.

Q. Okay.

A. She stopped receiving payments.

Q. Okay. So other than Kimberly Boyd, have you incurred any other medical expenses?

A. I don't believe so.

Q. Okay. Your complaint states that:

"Plaintiff has been extremely

86

impaired and will continue to be impaired in performing her daily activities."

What daily activities are you currently impaired to perform?

A. It's a struggle to get up and out of the house every day. It's a struggle to leave my house every day.

Q. Have you missed any work?

A. Yes.

Q. And when was that?

A. I don't know.

Q. How often do you miss work?

A. I don't know.

Q. When did you last miss work because you couldn't get up and out of the house?

A. I know I have some this school year.

Q. When was that?

A. I don't remember.

Q. About how many days did you miss?

A. I think I've missed five school days this year.

Q. And that was -- all five was because you couldn't get --

A. I don't know.

87

Q. -- up?

Was there any other reason that you missed those five -- any of those five days?

A. I had a doctor's appointment, I think, on one of them. I don't know.

Q. So -- so one of them you had a doctor's appointment.

So why did you miss the other four days?

A. I'm struggling. I'm trying everything I can do to -- to be strong like I was before, but I'm struggling still.

Q. Okay. So you think there were four days this school year that you missed because --

A. I don't know.

Q. -- you couldn't leave the house.

A. I'm go going to answer it "I don't know."

Q. Okay.

A. Go to the next question.

Q. Okay. So that's not your testimony?

MR. LINDSAY: Objection. Form. She's answered the question.

MS. HIME: Well, she originally said, though, that she had missed five days and then --

MR. LINDSAY: She said she didn't

88

know. She said that she thinks she missed five days this school year. She's answered the question. Can we move on?

MS. HIME: Well, she's waffled on her answer. That's -- I'm trying to understand what her answer is.

BY MS. HIME:

Q. So your answer is, you don't know if you've missed any days this year?

MR. LINDSAY: Mischaracterizing. Objection. Form.

BY MS. HIME:

Q. No. I'm asking. Is that your --

A. I said I don't know, because I want you to move on to the next question.

I've missed some days of school this year because I struggle going to school. I don't know how many. If you have a computer, I'll look it up for you.

MR. GRIGG: Let's take a break.

THE WITNESS: Okay. Sounds great.

THE VIDEOGRAPHER: Off record at 10:52.

(Recess taken.)

THE VIDEOGRAPHER: We are back on the

89

record at 11 a.m.

MS. HIME: I pass the witness.

EXAMINATION

BY MS. FENNESSEY:

Q. Good morning, Ms. Truelove. My name is Shea Fennessey and I represent TDCJ, along with my co-counsel, Chris Lindsey.

I just have a few questions for you today following up on some of the things we already talked about.

I want to go back to when you became a Windham employee. So you said you never worked at a prison before. Is that correct?

A. Yes.

Q. Okay. And how did you find out about the job?

A. There was a coffee drinker at Napa Auto store who told me of a person that he knew that was a teacher at Windham. And so -- I can't remember what her name was, but I talked with her about it.

THE VIDEOGRAPHER: Your microphone.

THE WITNESS: I'm sorry.

THE VIDEOGRAPHER: You're good.

BY MS. FENNESSEY:

Q. So did she suggest that you should apply

90

there?

A. Um-hmm.  She loved it.

Q. Okay.  And so how did you go about applying to the job?

A. Online.

Q. Do you know what website that was?

A. No.  I don't remember.

Q. And were you eventually interviewed?

A. Yes, ma'am.

Q. Okay.  And who interviewed you, if you remember?

A. Two principals.

Q. Okay.  Do you remember their names?

A. Louann Pickett was one, but I don't remember the other.

Q. Okay.  Where did the interview take place at?

A. A prison that I don't remember the name of.  But it wasn't Ferguson.

Q. Okay.  Was it -- what part of the prison was it at?

A. It was in the other principal's office.

Q. Does each prison unit have a principal, if you know?

A. I don't have any idea.

91

Q. Okay.

A. Well, I take that back.  I know that Louann Pickett was a principal of two prisons.

Q. Okay.  What was the other one?

A. I don't know.

Q. Okay.  So what happened when you found out that you got the job?

A. I don't know what you mean.

Q. So there was training involved.  Right?

A. Yes.

Q. Did you do the training right after you were offered the job?

A. I don't remember how long it was after I got the job that I got trained.

Q. Okay.  And we spoke a little bit about the training earlier.  Do you know who trained you?

A. I don't remember their specific names, but -- I remember both Windham people and the TDCG people, but I don't know who they are.  "TDCJ" people.

Q. Okay.  And do you remember what the TDCJ people trained you on?

A. I don't.

Q. Okay.  What about with the Windham people trained you on?

92

A. I mean, I just don't remember specific parts of -- I don't remember specific things.  I don't remember.

Q. That's okay.

And the training that we talked about that was like the weeklong training on the -- at a prison in Huntsville?

A. It was at Windham's offices.

Q. Okay.  That's right.  Okay.

And earlier, we talked about a lockdown at TDCJ.  Can you remind me again of the things that you did during that lockdown since you couldn't teach students?

A. I remember going to another prison and watching another teacher.  And I remember we had meetings.  I remember that we -- I spent a lot of time in my classroom, because it was my very new classroom, getting it in the way that I wanted it.  And I also remember going to a lunch, and Windham people were there and the warden was there.

Q. Where was the lunch at?

A. A restaurant.  I don't remember what town.  It's by Ferguson, because it's kind of out in the country.  So it was at a town by Ferguson.  It was a barbecue restaurant.

93

Q. Was it a formal lunch?

A. What does that mean?

Q. Was it just friends getting together and eating lunch?

A. No.  We had to be there.

Q. And during the lockdown, did you create lesson plans?

A. I don't know that we did lesson plans at Windham.

Q. So how were you supposed to -- excuse me.  When you were a teacher in the free world, did you do lesson plans?

A. Yes.

Q. Okay.  So how were you supposed to know at Windham how to teach the students?

A. I really had to figure it out.  I was teaching literacy, I believe.  I don't think I ever taught literacy before to anybody, and so I was looking at workbooks, you know, visiting with other teachers, stuff like that.

Q. You talked about workbooks.  Would those be things that you would find on your own that Windham would give to you?

A. No.  I think they were there in the classroom already.

Nicole Truelove - 12/21/2022

94

Q.  Okay.  So you had at least some sort of set curriculum by Windham?

A.  I think so.  I don't remember for sure.

Q.  So when students -- inmate students are on lockdown, are they still doing their assignments from their cells?

A.  No.  I don't think so.  I don't know.  I wasn't a teacher yet.

Q.  Okay.  So after you were hired, who was your direct supervisor, if you remember?

A.  Would it be the guard at the station?

Q.  I -- if you had a question about the curriculum, who would you ask?

A.  Curriculum.  Another teacher, probably.

Q.  Okay.

A.  You know, what they were teaching about curriculum.

Q.  I know you weren't there very long, but say that you wanted to request leave for a vacation, who would you ask?

A.  Probably Ms. Pickett.

Q.  Okay.

A.  I don't know if that -- probably Ms. Pickett.

Q.  Okay.

95

A.  The principal.

Q.  Okay.  Did anyone review your curriculum or what you were teaching the students?

A.  I don't believe so.

Q.  Now, on the day that the incident occurred, right after, you spoke with a bunch of people.  Is that fair to say?

A.  Right after it happened?

Q.  Yes.

A.  I don't know who was there.  They covered me with a coat after a while.

Q.  Let me clarify.

So I know you spoke with some HR people at some point.  Is that correct?

A.  Oh.  You mean like days after.  Yes.

There were -- they -- I believe it was two days after.  They had HR people there.  They had guards there.  They had teachers there.  They had the warden there.  They had the principal there.  Investigators there.  They had everybody there.  They were just coming in and out.

Q.  And what did you talk about?

A.  It depended who was there.  The other teachers, you know, they were saying they were sorry.  The HR people were just shoving papers in my

96

face and telling me to sign stuff.  Literally, I signed stuff.  I don't know what I signed.

And the warden, he just told me that he was sorry, and I just -- I don't remember everything else he said.  But I don't remember exactly what we talked about.

And then I gave my statement and I don't know what part of it happened, but Erin -- I remember -- there was a bar in that place that we were at, you know, like a serving bar, a wooden bar.  And I remember standing at the end of the wooden bar by her, and it's like, what is going on.  And she told me that I needed an attorney.  We talked about that.

Q.  This was all at the Ferguson Unit a few days after the incident?

A.  Yes.

Q.  Okay.  And you mentioned some principals.  Was one of those Louann Pickett?

A.  Yes.

Q.  Do you remember anything that she told you?

A.  I don't know.  Nothing stands out.

Q.  And you said there were some HR people.  Right?

A.  Yes.

97

Q.  Do you know where --

A.  There was a girl and a man and another woman, I think.  I don't know if they were all from HR or not.  I remember Cotton, maybe, was his name.  I don't -- I don't remember their names.

Q.  Do you remember who they worked for?

A.  The HR people?

Q.  Yes.

A.  I think they were Windham people.  I don't know.

Q.  Okay.  And after the incident, you were paid your full salary for about two years.  Is that correct?

A.  I was paid, but I don't remember how long it was for.

Q.  Okay.  Was it your full salary, though?

A.  It was TDCJ's workman's comp and Windham.  They both paid me some.

Q.  Okay.

A.  So, I guess, TDCJ.

MR. GRIGG:  Just answer her questions --

THE WITNESS:  Okay.

MR. GRIGG:  -- and don't guess.

THE WITNESS:  Okay.

98

BY MS. FENNESSEY:

Q. So would you receive monthly checks from Windham?

A. I don't remember if it was monthly or every two weeks.

Q. Okay. And did you ever receive any money from TDCJ?

A. I think it was their workman's comp.

Q. Okay.

A. And I think that they provided me money to replace my glasses.

Q. Okay. I'm going to back up just a little bit. Again, I know you weren't there for a long amount of time on a normal schedule because of the lockdown.

You said you had a lunch break. Right?

A. Yes.

Q. Where would you eat lunch?

A. In the lunchroom. I don't know what you call it. The people lunchroom, not the prisoner lunchroom.

Q. Is it in the educational department?

A. No.

Q. So is that the only part of the prison you

99

would go to, other than the educational wing?

A. I don't think I went to any other part of the prison.

Q. Okay. Would you have any reason to go to any other part of the prison?

A. I don't think so --

Q. Earlier, we talked about your belief that Xavier Johnson shouldn't have been in your classroom. Do you know how an inmate student qualifies to be --

A. No.

Q. -- a student in a classroom?

A. No.

Q. They didn't tell you anything about that in training?

A. I don't remember if they did or didn't.

Q. Okay. And how did you eventually leave your employment at Windham?

A. I don't remember. I don't know. I never went back. I don't know how to answer that.

Q. Were you fired? Did you resign?

A. Oh, I think I did have to send them a resignation letter.

Q. Who did you send the resignation letter to?

A. I don't know.

100

They wouldn't give me a job outside of the prison.

Q. Who is "they"?

A. Windham.

Q. Okay. Had you asked for a job outside the prison?

A. Yes, ma'am.

Q. So that was the reason you resigned?

A. No. I asked for that early on.

Q. Okay. So why did you eventually decide to resign when you did?

A. Because I couldn't go back to work in the prison.

Q. Why?

A. Because of what happened.

Q. Did you anticipate at some point you might be able to go back, and that's why you stayed on the payroll?

A. I don't know.

Q. Do you remember receiving any W-2 forms when it came time for taxes?

A. I'm sure I did.

Q. Do you know who that was from?

A. No.

MS. FENNESSEY: Okay. I pass the

101

witness.

MR. GRIGG: I have a couple of questions.

EXAMINATION

BY MR. GRIGG:

Q. What do you do to just try to forget about --

THE VIDEOGRAPHER: Can you put that on?

MR. GRIGG: What?

THE VIDEOGRAPHER: Can you put a microphone on?

MR. GRIGG: Oh.

THE VIDEOGRAPHER: Thank you.

MR. GRIGG: It's probably not even worth it.

THE VIDEOGRAPHER: Thank you.

BY MR. GRIGG:

Q. What do you do to try to forget about all this?

A. I paint.

Q. And does that bring you joy?

A. Yes, it does.

MR. GRIGG: No more questions.

THE VIDEOGRAPHER: We are off record

102

at 11:18.

(Proceedings concluded at 11:18 a.m.)

(Signature of the witness was

not requested by counsel for

the respective parties hereto.)

104

That a copy of this certificate was served on all parties and/or the witness shown herein on January, 4th, 2023.

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

[  ] was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

[ X ] was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys to the action in which this proceeding was taken.  Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.

103

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NICOLE TRUELOVE,            )
    Plaintiff,            )
vs.                    ) Civil Action No.
TEXAS DEPARTMENT OF CRIMINAL ) 4:19-CS-00763
JUSTICE AND WINDHAM SCHOOL   )
DISTRICT, et al.,          )
    Defendants.          )

REPORTER'S CERTIFICATE
ORAL VIDEOTAPED DEPOSITION OF NICOLE TRUELOVE
Wednesday, December 21, 2022

I, Rebecca J. Callow, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the State of Texas, hereby certify to the following.

That the witness, NICOLE TRUELOVE, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to _____.

105

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 4th day of January, 2023.

_____
Rebecca J. Callow, RMR, CRR, RPR
Notary Public, Travis County, Texas
My Commission No. 12955701-3
Expires:  09/12/2025

| Numbers | | |
|---|---|---|

**100** 73:2
**10:52** 88:23
**11:18** 102:1,2
**13th** 30:15,17 39:6
  42:20 47:5 49:5
  52:23 72:9,11,16,
  19
**15th** 75:22
**2005** 11:8,9,14
**2017** 12:21 13:11
  30:15,17 39:6
  42:21 47:5 49:5
  52:24 72:9,16,19
  73:24 76:6,17
**2020** 73:13,22,25
**2021** 74:21,24 75:23,
  24
**2022** 6:4 75:24
**21st** 6:4
**4.31** 50:12
**4.42** 35:24 36:7
  37:24
**4.44** 41:3
**4.45** 41:11
**4.5** 42:24 47:1
**4.51** 43:23
**4.62** 64:16
**4.88** 67:1
**4.89** 70:4,10 71:8,20
**4:19-CS-00763** 103:7
**52-something** 76:3
**9:01** 6:4
**9:48** 46:12
**9:57** 46:15

| A | | |
|---|---|---|

**a.m** 6:4 89:1 102:2
**ability** 8:7,18,23
**able** 100:17
**Absolutely** 40:9
**accurate** 28:17,21
  29:6 40:12 64:25
  65:1,4 66:1 72:25
**across** 50:23 54:8
**Action** 103:6
**activities** 86:3,4

**acts** 69:10
**actually** 9:14 12:24
  19:22 20:9
**adequately** 67:2 68:1
**adults** 20:14,16
**affect** 8:7,9,17,23
**affixed** 41:15
**African** 52:5,8
**after** 11:14,16 13:3,
  5 21:9 21:9,12
  25:9 28:23 31:4
  38:15 39:18,20
  40:19 42:7,9,15
  47:11,15 48:8 59:5
  60:23 61:13 66:20
  71:7 72:22 73:9
  75:3,20 77:23
  78:15 80:2 84:10,
  13 85:2,10 91:11,
  13 94:9 95:6,8,11,
  15,17 96:16 97:11
**afternoon** 28:4,15
**again** 15:16 32:10
  70:18 71:8 92:11
  98:13
**against** 63:25 65:8
  76:21
**ago** 73:12 73:12,20
**agree** 37:23,25 38:1,
  11,15 67:25
**ahead** 15:3 35:15
  37:19 59:21
**aide** 12:3,6
**alert** 56:22 57:2,11
**allegations** 37:14
  45:2,3
**allegedly** 37:15
**alleges** 42:24
**alleging** 69:4
**allowed** 40:1,2,8
**allowing** 37:15
**Almighty** 15:1
**almost** 60:22,24
  61:10
**along** 89:6
**already** 24:17 41:15,
  22 89:9 93:25
**also** 12:16 13:11
  53:9 73:1 77:3
  79:9 92:19

**always** 51:15
**American** 52:5,8
**among** 36:18
**amount** 98:14
**Angelina** 11:1
**Ann** 10:2
**Anna** 41:22 48:13,15,
  24,25
**another** 9:6 15:13
  21:7,17,17,20,20,
  22,25 23:23,24
  28:23 75:2 83:14
  84:13 92:14,15
  94:14 97:2
**answer** 9:5,6,12,16
  15:11 29:21,23
  42:16 45:21 46:21
  51:20 67:12,15
  72:3,15 78:1 81:11
  82:17 87:17 88:5,6,
  8 97:21 99:20
**answered** 24:18 69:24
  71:5 87:22 88:2
**answering** 38:9
**answers** 68:15
**anticipate** 100:16
**anybody** 93:19
**anymore** 33:9
**anyone** 19:1 40:23
  47:17 48:6 95:2
**anything** 9:22 10:15
  10:15,17 17:6 25:2
  30:20 33:10 42:20
  47:22 53:18,19
  55:17,20 61:15
  63:3 69:18 77:14
  82:4 96:21 99:14
**anywhere** 36:2 73:25
**applied** 20:15 76:19
**apply** 76:10 89:25
**applying** 90:3
**appointment** 87:4,7
**appointments** 78:18
**approximately** 11:15
  22:5
**around** 11:25 36:2
  57:6 58:15
**arranged** 53:6
**arrive** 28:5
**ask** 8:16 9:4,6,16

15:13,16 34:15 35:23 37:11 38:19 44:23,25 45:14,17, 19 56:12 58:21 59:3 66:22 70:23 71:9,13,17 94:13, 20
**asked** 20:10 43:4,6 49:19 54:25 60:4 71:11,24 100:5,9
**asking** 46:18,23 55:3, 18,24 58:2,19 59:2 68:11,24 69:3 70:23 71:14,15 77:24 88:13
**asks** 59:10
**assaultive** 36:22 38:13
**assigned** 25:16 49:7
**assignments** 94:5
**assumes** 68:11
**attack** 18:17
**attacked** 18:11 27:5, 10
**attention** 79:10
**attorney** 96:13
**attorneys** 10:18,19 47:20 48:2,6 77:5
**August** 73:20,21,22, 25 74:23,25,25 75:1,21,22
**Auto** 89:17
**aware** 44:6
**away** 19:11 47:20 64:12

**B**

**back** 12:23 30:13 32:11 42:9 46:14 47:1 52:23 59:9,13 60:2 74:6,8,11 75:21 77:11,14,17 81:6 88:25 89:11 91:2 98:12 99:20 100:12,17
**backtrack** 49:3
**banging** 66:18
**bar** 96:9,10,10,11
**barbecue** 92:25

**based** 71:18
**bathroom** 58:1,2,5,22, 23 59:1,5,9,12,16, 25
**became** 89:11
**before** 6:15,23 7:11, 13 9:5,6,22 11:10 12:3,9,12 19:19,21 20:1 22:16 27:5 30:12,17,21,24 31:2 32:1 38:8,15 39:2,17,20 40:19 41:4 42:7,10,13,20 43:12 43:12 46:17 48:14 51:18 80:21 82:14 85:13 87:11 89:13 93:18
**began** 41:4,17 57:18
**behavior** 36:21 38:12
**being** 8:20 11:15 13:13,16 18:11 21:3 25:13 32:22 32:22 42:13
**belief** 99:7
**believe** 7:9,12,14 11:8 12:22 15:21 20:2 24:16 25:8 28:22 31:24 32:3, 12 34:4 40:13 42:22 43:4 48:13 51:24 52:5,8 53:7 56:14 62:13 69:21 70:12 73:3,23 82:3 85:23 93:17 95:4, 16
**best** 29:24 47:12 67:16
**bet** 35:9
**better** 38:9
**between** 13:6 66:14 76:6
**big** 26:12 48:22 51:16
**Bishop** 29:2 66:13
**Bishop's** 61:23,24 63:6
**bit** 49:4 91:15 98:13
**blanket** 71:13
**body** 64:24 65:6,25 66:2

**borrow** 73:14
**both** 21:3 91:18 97:18
**Boyd** 79:14,17,23 80:5 81:1 85:21
**Boys** 11:22
**bracket** 41:23
**brackets** 41:15
**brand** 8:5
**break** 9:15,18 15:5 35:13,16 46:10,18 52:25 88:20 98:16
**breaking** 23:12 31:10 43:12
**brief** 63:20
**bring** 101:22
**broad** 8:20
**Broadus** 77:3,4,5
**broke** 42:25 43:3,8, 18,21 44:7 47:2
**broken** 31:12 34:6 34:6 47:7
**brother** 47:11 48:23
**brought** 35:25
**building** 19:6 25:24 26:2
**buildings** 19:7,10
**bump** 78:3 79:3
**bunch** 71:20 95:6
**Burke** 80:10

**C**

**call** 17:21 19:6 56:16 61:21 98:21
**called** 6:7 47:11,20 52:18 61:22 62:14
**calls** 68:22
**came** 18:4,8 27:3,6 51:4 53:17,20,21 59:13 60:2 67:9 74:11 100:21
**cameras** 41:6,11,20 42:1
**Can** 8:16 9:7,17,25 15:2,13 26:3 27:22 29:24 36:8,9 37:11 39:6 45:18 46:6,9, 22,24 50:9,19 59:10 60:8 66:23

67:12,15 71:9,17
72:3,4 73:14,16,18
74:14 82:16 87:11
88:2 92:11 101:8,
11
**can't** 9:12 22:11
45:18 53:12 75:21
79:15 81:9 85:1
89:19
**car** 52:22
**case** 6:17,21 7:6,10
16:10,15 32:14
33:9,17 34:3,11
55:10 57:15,16,18
58:6,7,17 59:8
71:16 76:19
**cells** 94:6
**center** 54:19 80:10
**certain** 27:16
**certainly** 45:19
**certificate** 11:3,7,
11,17 12:3,10,13
**change** 20:18,22
**changed** 20:6 39:2
84:25
**characteristics**
67:4
**checks** 98:2
**Chris** 89:7
**civil** 85:18 103:6
**clarify** 22:23 27:9
34:16 46:24 50:14
51:20 65:25 66:24
95:12
**clarifying** 44:21
46:18
**class** 16:4 24:25
28:3,4,7,8,15,15
29:13 30:18 31:5,8,
22 37:2 43:17
53:17,24 55:12,19
57:7,19,22,23
58:24 60:19,22,23
61:11,13,23,23,24
62:2 63:4,6,13
**classes** 41:10 62:5
**classroom** 13:2,13,16,
18 14:3,5 19:5
21:12,17 22:16
25:11,13,13,23

27:23 28:18 31:9,
25 32:5,11 33:9,13,
15,18,22,25 34:3,8,
11 36:21 38:12
40:3,8,12,18 41:13,
18,22,23,24 42:14,
25 43:3,8,13,18
44:5 47:3 53:3,20,
21,24 55:16,25
56:1 61:3 62:8
66:12 69:7,22 70:1
74:9 92:17,18
93:25 99:9,12
**classrooms** 26:8,10
41:8,16 57:6 74:7
**clear** 25:15 54:14
**clocked** 62:15
**coach** 11:25
**coat** 51:24 95:11
**co-counsel** 89:7
**coffee** 89:17
**Coldspring** 75:17,19
76:2 85:3
**Coldspring-Oakhurst**
11:23 75:6
**college** 10:25 11:1
20:12
**come** 18:6 28:24
32:11 37:4 56:17
**comes** 59:9
**coming** 17:23 27:24
95:21
**comment** 56:5
**comp** 72:23 76:12
83:25 84:2,9 97:17
98:8
**complaint** 34:17,22
35:23 41:2 42:23,
24 45:4,6,25 46:3,
19 49:16 64:15
66:24,25 85:24
**complete** 71:19
**completely** 39:1
**comply** 55:6
**computer** 88:18
**concluded** 102:2
**condition** 8:23
**conditions** 8:15,17
70:6
**constituted** 70:6

**contact** 36:23 38:13
40:3,6
**continue** 61:13 86:1
**continuing** 67:6
**control** 64:18
**conversation** 33:20
**Correct** 11:4 13:24
25:16 30:15 32:2
33:1 42:21 57:6,9
59:7 72:17,20
89:13 95:14 97:13
**correctional** 49:4,7,
17 50:1,2,14 51:12,
21 52:2,4,7 56:19
57:8
**correctly** 36:15
**Cotton** 97:4
**could** 20:18,22 33:25
36:4 56:11 58:3
60:4 65:13 68:12
70:23
**couldn't** 74:10 86:16,
24 87:16 92:13
100:12
**counsel** 102:4
**counselor** 48:12
79:18 80:6,21,24,
25
**counselor's** 26:10
**country** 92:24
**couple** 22:6,8 23:2,
13,18,21 26:10
27:20,22 31:4 32:1
51:22 52:14,17
66:17 80:14,15,15,
16 101:2
**course** 45:5
**court** 9:7
**courtroom** 7:3,5,17
9:4
**covered** 71:15 95:10
**create** 93:6
**created** 70:5
**criminal** 7:6 17:3
**crumpled** 64:11
**currently** 8:14,22
86:5
**curriculum** 94:2,13,
14,17 95:2

## D

dad 80:6,10
daily 27:25 86:2,4
Dalhart 10:24 11:22
damages 77:25
dangerous 67:4
date 13:6,7 27:2
  30:12 44:5
David 15:7 47:20
day 21:21 27:9,10,14,
  15 28:16,19,23
  29:7,11 30:21,25
  33:20,21 36:25
  43:9,13,18 49:8,20
  50:3,15 51:1,13,13,
  23 53:3,15,17
  72:17,19 80:1 86:7,
  8 95:5
days 21:16,21 22:2,8,
  9 23:2,13,18,21
  24:18 27:5,7,20,22,
  23 31:2,4 32:1
  51:13,22 52:14,17
  70:14 86:20,21
  87:3,9,13,24 88:1,
  9,16 95:15,17
  96:16
deal 12:24
December 6:4 11:9,14
decide 20:3 100:10
decided 42:3
defend 18:9
Defendants 34:19
  41:6 67:2,25 70:5
  103:10
definite 11:9
DeLoach 78:24 79:5
  84:18
demeanor 53:19
Department 17:3 26:1
  49:18 50:16 98:23
depended 28:16 95:23
deposition 6:20 7:13
  9:2 10:3,12 15:9
  17:16 34:12 35:20
  36:12 45:13 46:24
describe 26:3 27:22
  63:8 76:20
desk 53:9 54:2 57:17

58:6,13 59:9 62:1,
  20 63:18 64:7,9,17,
  24 65:6,7 66:1,5
desks 53:5,6,8 54:15
details 48:16,20
diagnosed 82:2
diagnoses 82:1,9
difference 46:2
different 11:15 20:8
  23:25 29:8 38:19
  47:14 50:22 81:5,
  19
direct 94:10
directing 36:22
  38:13
director 80:10
discipline 23:17
  24:22 25:7 31:5
dismissed 61:11
  63:13
distress 79:10
District 6:16,17
  12:15,19 13:1,24
  20:4 68:5,18,25
doctor 78:21,23 79:2,
  15,17,19 81:2,8,10
  82:6 83:2,14 84:1,
  11,15,17,21
doctors 79:13
doctor's 79:16 87:4,
  6
document 34:20
documents 10:9,11
does 7:22 8:9 38:17
  42:16 45:14 58:7
  69:4 79:20 90:23
  93:2 101:22,23
doesn't 37:17 45:15,
  25 71:19
doing 36:24 44:20
  56:9 58:4,15 94:5
done 64:14
door 53:10,13 63:1,
  19,25 65:8 66:18
down 9:8,12 10:5,7
  26:8,15 33:13,17
  49:25 51:17 56:17
  57:17 59:6,8 62:10
  64:1,17 78:5,22
downstairs 50:23

drills 41:23
drinker 89:17
drive 10:7
drove 10:5
duly 6:8
during 14:3,5 16:6,
  11 19:2 20:5 23:2,
  7,13,18,20 25:7,18
  26:16 41:9 46:24
  58:24 76:8 92:12
  93:6

## E

each 41:7,9,12 54:4
  64:22 90:23
earlier 91:16 92:10
  99:7
early 100:9
eat 98:19
eating 93:4
educated 20:20
education 20:23
  25:24 26:1,13 41:7
  49:1,8,24 50:16,22
educational 49:18
  51:8 98:23 99:1
either 23:5 24:23
  27:14 45:4 78:7
else 9:22 15:24 17:6
  33:10 42:3 47:17
  48:7 67:10,22
  69:18 82:4 96:5
emotional 79:9
employed 11:11,20
  73:9,25 74:20
  75:11
employee 48:10 56:25
  57:2 89:12
employees 6:16
employment 99:18
end 57:9 96:11
ended 22:12 28:10
endorse 44:24 45:25
  46:3
endorses 45:4
ends 11:15
engaged 36:20 38:12
enough 29:19 56:9
enters 17:15 36:11

entire 71:13 76:13
environment 70:7,13
  71:3 72:10
Erica 6:14
Erin 96:8
evaluate 84:8
even 17:11 29:20
  83:6 101:15
eventually 90:8
  99:17 100:10
ever 6:23 7:10,13
  19:19,24,25 32:13,
  23 34:22 43:17
  44:10 55:6 56:16,
  22 80:21 93:18
  98:6
every 9:12 28:18
  33:16 62:11 65:9
  80:15,16 86:7,8
  98:4
everybody 48:23,25
  95:20
everything 9:8 54:14
  87:10 96:5
evidence 47:6
exact 54:24 60:9
exactly 14:10 26:25
  27:19 31:13 56:2
  71:10 85:2 96:6
examined 6:9
excuse 93:10
exerted 64:17
Exhibit 34:12,19
ex-husband 11:24
ex-husband's 80:25
expenses 85:4,22
experience 39:9
  63:10 70:21,24
  71:2,18,18,25 72:8,
  10
experienced 70:13
  71:9
explain 74:14
extension 84:2
extremely 85:25
eye 36:22 38:13

F

face 63:20,25 96:1

fact 47:15
fail 67:17 68:4,5
failed 67:2,25
fair 25:6 95:7
family 20:19
far 19:11
feeling 61:4
fell 64:9
female 22:24 24:4,6
  36:17 44:1 52:2,7
  70:7 78:21
Fennessey 89:6
Ferguson 17:11,13,14
  19:8,11,25 21:4,5,
  25 22:20,22 23:11,
  25 25:16,19 26:2,
  22 27:2 41:5 42:2
  52:15,16 63:15
  90:19 92:23,24
  96:15
few 9:2 34:16 46:23
  66:16,22 89:8
  96:15
figure 54:3 58:9
  93:16
filed 34:17,23 85:10,
  13,18
fill 16:18
find 35:17 41:19
  89:15 93:22
fine 11:16 12:4 30:4
  35:16 44:22 45:25
finger 64:1 65:9,12,
  16,19,22
finish 9:5 58:16
  69:15 83:16
finished 15:11,18
  38:9 58:17,20
  80:18
fired 99:21
firm 35:10
first 6:8 21:24
  27:10 31:3 43:17
  44:13 53:14,16,20,
  21 58:8 59:12
  66:11 67:1 71:8,13
five 29:15 86:21,23
  87:3 87:3,24 88:1
flip 29:9
floor 26:9 64:7 66:2

following 89:9
follows 6:9
follow-up 78:17
foot 65:14 66:4
forceful 64:18
forcefully 64:24
forever 66:8
forget 101:6,19
forgot 12:11,16
  20:10,12
Form 37:7 67:11,14,
  23 68:7,10,19
  70:16 87:21 88:11
formal 93:1
forms 100:20
found 45:7 46:6 91:6
four 87:8,13
frame 39:1
freaked 39:22
free 93:11
friend 48:24
friends 47:12 93:3
from 8:14,22 10:5
  10:5 18:21 19:11
  26:3 33:14 37:4
  44:3 54:8 63:16
  67:9 73:24 74:25
  74:25 76:13 77:3
  84:11 94:6 97:3
  98:2,7 100:23
front 36:17 46:19
  49:12 53:11 54:18,
  19 62:20
fuck 64:2 64:2,3,3,4,
  4,23 65:14,15,18,
  19,21,22
full 9:25 55:19 74:6,
  9 97:12,16

G

gave 51:24 77:13
  80:11 96:7
general 84:21
Geography 75:15,18
get 9:22 11:17 12:23
  23:6 35:13,15 36:4
  52:22 54:10,25
  55:3 56:3,13 65:13,
  23 75:2 76:11,22

77:16 78:9 80:4 83:21 86:6,16,24
**getting** 20:23 57:25 76:12 77:3 92:18 93:3
**girl** 97:2
**give** 9:11,12 16:21 47:17 48:7 52:21, 22 68:14 73:18 93:23 100:1
**given** 7:13 9:1 68:18
**gives** 84:19
**giving** 17:22 18:19
**glasses** 36:1 98:11
**God** 15:1
**goes** 59:9
**going** 17:10,13 21:22 25:19 34:18 35:23 46:22 49:3 55:10 57:20,23 58:2 60:15 61:1 62:2 74:6 87:17 88:17 92:14,19 96:12 98:12
**Good** 6:12,13 89:5,23
**gosh** 76:3
**got** 12:3,13 13:3 22:16 33:14 61:23 66:10 76:7,18 84:2 91:7,14,14
**gotten** 74:22 75:1
**grabbed** 63:24 64:6,9, 16
**graduating** 20:7
**great** 88:21
**Grigg** 15:8 17:15 35:19 36:11
**group** 29:7,8
**grown** 20:7,19
**guard** 16:23 32:6,18, 24 94:11
**guards** 18:4,6 32:25 95:18
**guess** 14:13 65:9 97:20,24

**H**

**hadn't** 34:6
**hair** 63:24 64:17

**half** 73:12,20
**hall** 56:16 57:9
**hallway** 26:12,15 49:13,24 50:24 51:8,16,17 60:16 61:1,2,5,20,20 62:4
**hand** 34:18
**hands** 44:4 54:10 54:10,22,25 55:3,4 56:4,7,11,13
**happen** 25:4
**happened** 13:3 18:18 21:10,15 25:10 27:8 30:15 32:2,4 38:2 39:5,13 42:8, 13 47:11 48:8,13 50:1,17 51:8,14,15 57:24 60:20 61:16 63:2,9,12,17 66:20 78:15 80:2 80:2,22 91:6 95:8 96:8 100:15
**happening** 40:21,24
**happens** 16:3
**hard** 65:12 80:17
**has** 68:13 82:2 85:25
**haven't** 6:15 9:1
**having** 6:7 44:4 54:9
**hawk** 15:7
**head** 9:13 64:17 78:3 79:3
**health** 84:16 84:16
**hear** 15:2 39:12,15
**heard** 40:19 66:18 69:14
**hearing** 39:20
**help** 80:8
**helping** 58:11,14
**here** 6:20 10:5 10:5 35:8,17 36:2 54:6
**herein** 6:7
**hereto** 102:5
**He's** 61:21,22
**Hey** 50:5 70:23 71:14
**high** 10:23 16:16
**high-dollar** 35:9
**higher** 65:14,23
**Hime** 6:14
**hire** 13:5,7

**hired** 12:15,19,25 13:3 21:6 94:9
**hiring** 21:4
**Hispanic** 52:10
**history** 67:5
**horseshoe** 53:4,6,8 54:1,15,17,20 62:19
**hospital** 78:8,12,13 79:4
**hostile** 70:7,13 71:2 72:10
**house** 76:11 86:7 86:7,16 87:16
**Houston** 11:1,23 73:10 74:3,18 75:12 76:7
**however** 37:20
**huge** 51:17
**Huntsville** 19:13 24:14 92:7
**hurt** 65:24
**husband** 64:4 65:19

**I**

**I'd** 17:21 20:11 63:16
**idea** 30:9 31:17 43:15 77:9,20 90:25
**identification** 34:13
**I'll** 9:2,5,16 12:23, 24 35:9,15,17 38:9 45:20 64:2,3,4 65:9,15,18,22 66:25 88:18
**I'm** 15:2 23:11,24 24:17 30:10 32:25 34:17 35:11,23 36:14 43:16 45:23 46:7,17,22 49:3 50:6,9,18,21 52:9 60:15 61:12 62:14, 24 64:16 69:3 72:18 76:5 83:24 87:10 87:10,11,17 88:5,13 89:22 98:12 100:22

Integrity Legal Support Solutions
www.integritylegal.support

immediately 13:1,5
impaired 86:1,2,5
inaccurate 64:19
   64:19,20
inappropriate 36:21
   38:12
incident 7:6 30:14
   31:3 32:1,24 37:1
   38:15 39:8,17 42:7
   43:9 44:6 50:17
   70:11 71:1 72:14
   77:22 80:22 85:5
   95:5 96:16 97:11
including 70:8
income 73:1 76:16
incurred 85:5,22
information 37:4
   41:19 42:6,12 45:7
   46:5 47:18 48:7
   69:2
injuries 77:21,24
   78:2 79:7
inmate 16:4,18 23:23
   31:14,22 36:16,20
   41:8 43:24 44:3
   57:25 59:13,17,22
   61:22 61:22 94:4
   99:9
inmates 14:16,20
   15:21 23:6,12,18
   24:22,24 25:19,23
   26:17 27:24 29:12
   31:5,8,24,25 33:25
   37:2 39:9 40:11,18
   53:5 55:17,19 56:4
inside 20:24 61:2
   64:1
install 41:7
installed 41:12
instances 40:11,17
instructor 17:11,18,
   22
instructors 18:1
insurance 84:25
interact 14:16 26:17
interacted 19:2
interacting 15:20
interaction 53:14,16
interrupt 50:7
interrupting 81:15

interruption 14:25
interview 19:23,24
   20:24 21:1 90:16
interviewed 19:22
   90:8,10
interviewing 21:7
into 44:18,19 45:18
   53:20,21,24,24
investigated 45:7
investigation 46:6
investigator 78:12
Investigators 95:20
involved 84:3 91:9
issue 32:20,22,22
   46:1
issues 23:17 24:22
   25:7 31:5,7
It's 8:5 14:12 37:10
   44:8 45:13 50:12,
   15 68:11 80:17
   85:12 86:6,7 92:23
   92:23 96:12 101:15
I've 34:18 42:12
   79:14 82:13 86:21
   88:16

---

### J

jammed 64:1 65:15,19,
   22
job 11:17 20:15
   21:11 75:2,19 76:7
   80:19 89:16 90:4
   91:7,12,14 100:1,5
jobs 76:8,10
Johnson 7:8 28:14
   30:14,18 31:3 32:2
   36:25 38:10 39:5,
   17 42:8,20,25 44:7
   47:2 53:15 56:3
   59:15,23,24 67:18
   69:19 70:12 71:2
   72:9 99:8
Johnson's 63:20 67:3
   68:1
joy 101:22
judgment 76:22 77:16
just 7:16 9:2,3,4,7,
   15,16 12:24 13:18
   14:5 16:2 16:2,14

17:12 18:5 19:7
   20:8 22:8,19,23
   24:8 25:12,14 27:9,
   20 28:2 29:21,23
   32:3,18 34:2,10,15
   37:8 41:1 44:23,24
   45:10 46:17,22
   48:4 50:14,18
   51:19,20 54:12
   59:18 61:9,25 63:7,
   8 65:25 66:22
   70:23 71:23 77:13
   80:18 81:11 82:17
   83:11,17 84:21
   85:6 89:8 92:1
   93:3 95:21,25 96:3,
   4 97:21 98:12
   101:6
Justice 17:4

---

### K

keep 46:23 55:2
kid 32:19 80:23
kids 20:7 64:5 65:22
   74:11
kill 64:23
Kimberly 79:14,17,23
   80:5 81:1 82:2
   85:6,11,13,21
kind 13:14 19:8 26:3
   29:9 41:1 51:20
   54:13,16,19 58:15
   62:15 64:10 92:23
kinds 52:1
knee 64:11
knew 39:2 48:24 56:9
   68:12 69:21 89:18
knocked 64:10
know 9:16 13:12
   14:10,13,17,21
   15:15,18,25 16:9
   17:12,21 18:9,12,
   14,17,22 21:4,16
   22:5 23:3,6,16
   26:5 28:11 29:1,14,
   22,22 30:1,2,8,20,
   24 32:17 33:2,3
   34:9,10 35:1 35:1
   37:17 38:21,22,22,

24 39:12,16 40:10,
11,13,17,19,20,20
41:21 42:2,19 43:5,
14,20,21 44:13,18
45:8,14,18,20 46:5,
7,7,8,21 47:20
48:4,17,19,23
49:11 49:11 50:25
51:3,5,9,25 52:11,
24,25 53:16 54:7,
24 55:18,24 56:1,2,
15 57:10 58:19,25,
25 59:1 60:18,21
61:15 62:14,23
63:7 66:4,9,15,19,
23 67:7,24 68:2
69:18,23 71:8 73:5,
7,19 76:14,19 78:1,
10 79:18 80:3,23
81:7,14,22,24,25
82:5 84:5 85:15,16
86:12,14,17,25
87:5,15,17 88:1,8,
14,18 90:6,24 91:2,
5,8,16,19 93:8,14,
20 94:7,16,18,23
95:10,13,24 96:2,8,
10,22 97:1,3,10
98:13,20 99:9,19,
20,25 100:19,23
**knowledge** 47:6,9
  67:16 71:19
**known** 36:18 38:11
  43:24 70:6
**knows** 37:12 44:21,25
  45:19

---

**L**

**lady** 17:21 51:24
**last** 72:17,19 86:15
**lasted** 28:12
**later** 51:13,22 52:14,
  17
**law** 35:10
**lawsuit** 34:17,23
  37:14 76:22 85:10,
  14,18
**lawyer** 84:2
**lawyers** 37:10,12

45:6,7,16,17 46:4
**learn** 16:20 18:21
  20:9,14 42:5 48:16
**learned** 15:19 16:7
  42:12,15 47:15
**least** 43:6 94:1
**leave** 33:12 46:3
  74:5 86:7 87:16
  94:19 99:17
**leaves** 15:8 35:19
**leaving** 62:7 63:4
  76:17
**left** 33:14,16,17
  60:19 61:24 62:11
  63:5 64:12 75:20
  76:6
**less** 30:6
**lesson** 93:7,8,12
**let** 9:16 14:22 15:22
  38:19 52:25 64:6
  69:15 83:16 95:12
**let's** 30:12 88:20
**letter** 99:23,24
**letting** 61:23
**lifted** 64:24 65:6
  66:1,2
**like** 7:16 9:3 10:15
  13:15 15:7 16:16
  25:2 26:4,6 27:25
  32:19 35:10 42:13
  48:17 54:1,2,16
  55:21 76:25 87:11
  92:6 93:20 95:15
  96:10,12
**liked** 20:16
**Lindsey** 89:7
**literacy** 93:17,18
**Literally** 96:1
**little** 49:4 84:24
  91:15 98:12
**live** 10:21
**lives** 20:19,22
**Livingston** 10:6,21
  11:22 79:1
**loan** 76:19,21
**loans** 76:24 77:7
**lockdown** 21:19 22:13,
  17 23:25 25:12,18,
  19 26:16,22 27:3,6,
  10,15,15,24 31:4

92:11,12 93:6 94:5
  98:15
**Lone** 20:12
**long** 25:12 26:21
  27:1,17 28:11
  29:19 44:20 56:7,9
  58:7 66:6 66:6,9,
  14 73:4 74:2,3
  79:25 83:1,8,10
  84:22,23 91:13
  94:18 97:14 98:13
**longer** 84:24
**look** 88:18
**looked** 26:6 47:13
  57:11
**looking** 42:14 53:22
  54:9 64:16 93:19
**looks** 54:16
**lot** 11:25 14:19
  42:15 44:19 64:8
  82:10,11 92:16
**Louann** 21:6 33:6
  90:14 91:3 96:19
**loud** 61:20 63:7,18
**loudness** 61:19
**loved** 90:2
**Luna** 84:20,22
**Luna's** 84:19
**lunch** 28:3 92:19,21
  93:1,4 98:16,19
**lunchroom** 26:14,15
  98:20,21,22

---

**M**

**ma'am** 6:19,22 7:18,
  21 14:17 25:5,17,
  25 26:18,20 27:11
  28:20 29:10 43:10
  46:20 47:16 60:1
  62:16 77:18 90:9
  100:7
**major** 25:6 34:7
**make** 25:14 38:17
  44:23 54:14 59:6
  78:21
**male** 24:4 36:16,19
  37:2 38:11 39:9
  52:4
**man** 97:2

management 31:10
many 6:25 21:16 22:2
   24:18 29:12 49:10,
   11 50:25 56:12
   76:24 79:2 86:20
   88:18
marked 34:13,18
marriage 80:24
masturbate 31:22
masturbated 43:25
masturbating 23:20
   24:24 36:16 37:2
   38:14 39:11 40:7,
   12,18 47:14 48:14,
   18 67:22
masturbation 39:22,
   24 43:1 44:7 47:3,
   7 49:2 69:12
may 6:5 16:11 27:7
   29:3 38:8 41:21
   45:8 46:5 52:9
   74:21 81:20
maybe 22:9 54:1
   60:24 74:21 77:1
   84:23,24 97:4
mean 7:3,22 13:19
   14:12 16:14 17:3
   19:21 23:24 32:25
   34:21 37:5,12,14
   43:2 45:2,4,24
   56:19 66:4 67:20
   74:14 77:23 78:12
   80:19 85:9 91:8
   92:1 93:2 95:15
means 7:20,23 67:8
measure 41:14
medical 8:15,17,23
   78:6,17 79:10 85:4,
   22
medication 7:24 8:4,
   6,11 79:20 82:13,
   21,24 83:9 84:6,11
medications 81:5,19
   82:7 84:12,16
meet 10:18
meetings 92:16
memory 8:9
mental 84:16 84:16
mentioned 61:1 79:9
   96:18

met 6:15
microphone 89:21
   101:12
middle 54:2,16
might 100:16
million 45:3
mind 66:8
minute 12:23 39:7
   64:13
minutes 66:17
misbehaves 16:4
Mischaracterizing
   88:10
miss 86:13,15,20
   87:8
missed 86:9,21 87:3,
   14,24 88:1,9,16
mistake 49:18
module 16:8
mom 11:13
money 77:3,6,11,13
   98:6,10
monitor 41:8
month 11:16
monthly 98:2,4
more 17:20 23:9 24:9
   29:15,17 30:6
   41:22 56:15 81:21
   101:24
morning 6:12,13 10:7
   28:3,7,8,14 49:20,
   22 89:5
most 44:21 62:4
move 66:25 88:3,15
moved 11:25
moving 41:1 56:11
much 60:19 77:2,6,19
must 9:11
myself 42:14

## N

name 6:14 9:25 17:19
   22:11,23 24:2,12
   59:23 78:23 79:16
   80:11 81:2 84:4
   89:5,20 90:18 97:4
names 17:25 18:23
   19:1 52:11 90:13
   91:17 97:5

Napa 89:17
necessary 41:14
need 7:23 9:13,15
   11:24 12:2 15:4
   52:25 64:13
needed 80:8 96:13
needs 9:13
never 37:1,5,10
   40:21,23 42:9
   57:11 81:6 82:13
   89:12 99:19
new 13:18 84:21
   92:17
next 29:11 51:13
   61:17 63:17 73:8
   87:19 88:15
Nicole 10:2 29:23
   45:11,22 81:11
nobody 57:4
nod 9:13
noisy 55:22
no-name 8:5
none 50:16 51:7
normal 61:25 63:8
   98:14
normally 63:9,12
Notary 6:8
notes 10:14
Nothing 96:22
noticed 53:19,20
November 30:15,17
   39:6 42:20 47:5
   49:5 52:23 72:9,11,
   16,19 73:24 76:17
Now 9:1 12:14 20:24
   21:9 23:23 31:24
   34:15 41:1 42:19
   49:5 52:23 72:16
   77:21 80:13,17
   81:1 82:17 95:5
number 64:22 70:9

## O

oath 7:16 7:16
Objection 37:7,9
   67:11,14,23 68:7,9,
   10,19,20 70:16,17
   87:21 88:11
observation 25:7

**observe** 21:20 22:10 23:1,9,12,24 24:8, 22,24
**observed** 22:19,21,22 25:9 37:1,6 40:21
**observing** 21:24 24:18,21
**obtain** 11:6
**obtained** 11:10,16 12:9
**occur** 73:4
**occurred** 95:5
**October** 12:20 13:11
**off** 27:3,6,10,15,15 31:15 36:8,9 46:12 64:7,9,24 65:6,13 66:1,2 71:18 88:22 101:25
**offered** 91:12
**office** 16:17 19:5 26:10 32:19 80:9 90:22
**officer** 16:24 51:12, 21 52:3,4,8 56:19 57:8
**officers** 32:23,25 33:1 49:4,7,17 50:1,2,15
**offices** 26:9 92:8
**often** 80:12 86:13
**Once** 7:1 11:12 56:15 79:5
**one** 7:5 12:12 17:20 21:21 22:9 23:9,10, 11 24:8,9,10 27:4, 7,23 29:7,13 31:2 31:2,14 35:14,15 38:22 41:21 44:17, 24 47:12 49:3,12 51:3,10,23 57:25 58:8 63:13 65:13 65:13,14 77:5 80:25 81:4 87:5,6 90:14 91:4 96:19
**ongoing** 79:6
**Online** 90:5
**only** 23:9 24:10 70:14 98:25
**opinion** 70:2,3 83:21
**opposed** 8:18

**ordinary** 63:3,14
**originally** 87:23
**Other** 7:10 8:11 14:6 15:20 17:9 18:24 19:23,24 22:20 26:5,12,14 28:25 36:25 38:10,23 39:4,5,8,9 42:4 43:22 44:5,6,19,24 47:5 48:6,16,20 49:3 55:17 56:4,22, 25 57:5 58:11,14 61:16 66:23 69:19 70:11 71:1,16,20 72:8,12,12,14 76:16 83:19,21 84:10,15 85:21,22 87:2,8 90:15,22 91:4 93:20 95:23 99:1,2,5
**out** 16:18 26:11 31:8, 25 32:5 33:18,20, 22,25 34:3,8,11 39:23 41:19 45:7 51:6,7,16 54:4,10, 25 55:3,12,15 56:4, 13,16 58:9 60:15 61:1,5,23 62:2,15 63:3,14 76:11,24 77:6 86:6,16 89:15 91:6 92:23 93:16 95:21 96:22
**outside** 19:8 33:8 49:24 100:1,5
**over** 9:2 45:2 57:22 60:22,24 63:19 64:10,18
**overwhelming** 74:13
**owe** 77:14,19
**own** 21:12 27:23 45:25 83:12 93:22

---

### P

**page** 35:22,24 41:1,2 42:23 43:23 47:1 49:16 50:12 64:15 66:25
**paid** 33:14 97:12,14, 18

**paint** 101:21
**paired** 29:1
**pants** 43:25 44:4 54:10,11,23,25 55:3 56:4,8,13 64:1
**paper** 16:17,21 64:7, 8,10
**papers** 64:9 95:25
**part** 26:5,7,13 44:21 90:20 96:8 98:25 99:2,5
**particular** 43:1 47:3
**parties** 102:5
**parts** 42:4 50:22 92:2
**pass** 89:2 100:25
**past** 67:18,20
**pat** 49:25 51:17
**Pause** 7:25
**Paxil** 8:5,6 84:19
**pay** 76:13 77:11,17
**paycheck** 74:22 75:1
**paying** 85:7,8,11,13, 17
**payments** 72:23 85:20
**payroll** 100:18
**penetrated** 64:23
**people** 17:23 20:9 31:19 52:1,19 55:15 83:25 91:18, 19,20,22,24 92:20 95:6,14,17,25 96:23 97:7,9 98:21
**percent** 73:2
**perform** 86:5
**performing** 86:2
**perfume** 14:22 15:22
**period** 12:7 13:6
**person** 17:22 41:21 57:12 66:11 89:18
**personal** 47:6,9 71:19
**personally** 40:11,17 71:9
**perspective** 26:3
**phone** 80:13
**photographer** 11:12
**physical** 77:21,24 78:2 79:7

**Pickett** 21:6 33:6
  90:14 91:3 94:21,
  24 96:19
**picture** 71:20
**piece** 16:17,21 64:7,
  8,9
**place** 19:4,16 33:21
  76:18 90:16 96:9
**plaintiff** 41:4,17
  64:23 67:3 68:1
  70:8 85:25 103:5
**plans** 93:7,8,12
**please** 45:10 52:25
  63:22
**podium** 49:15 51:3
  53:25 54:1,13,16
  57:9 62:19
**point** 16:9 18:10
  57:17 61:11 95:14
  100:16
**policy** 43:1 44:2
  47:4
**position** 45:17
**positive** 11:9
**possibly** 76:22
**preparation** 10:12
**prepare** 10:3
**prepared** 45:6
**prescribe** 79:20
  81:10 84:6
**prescribed** 81:5,18
  82:6,24,25 84:12
**present** 44:2 49:17
**pretty** 25:3 27:16
**preventive** 41:13
**previous** 69:10
**previously** 49:2
  63:16
**principal** 21:7 33:3,
  5 90:23 91:3 95:1,
  19
**principals** 21:3 26:9
  90:12 96:18
**principal's** 32:19
  90:22
**prior** 67:21
**prison** 18:4,6,11,19
  19:15,17,19 20:1,
  25 21:20,23 24:10,
  11,12 26:6,14 42:4

51:17 89:13 90:18,
  20,23 92:7,14
  98:25 99:3,5 100:2,
  6,13
**prisoner** 59:11 60:16
  62:11 98:21
**Prisoners** 13:21,24
  14:1 33:8,15 49:23,
  25 51:5,7,15,17
  69:21
**prisons** 17:10 17:10
  33:12 91:3
**Probably** 84:23 94:14,
  21,23 101:15
**problem** 36:18 44:18
**proceedings** 7:25
  102:2
**professor** 20:11
**program** 21:5
**prohibiting** 44:3
**projector** 54:7
**propensity** 67:6
**proper** 45:13
**provided** 98:10
**psychiatrist** 81:9,18
  83:19 84:1,3,13
**Public** 6:8
**pulled** 63:24 64:1
**purchased** 41:6 42:1
**put** 17:12 37:11 42:4
  45:17 55:4 65:8,12
  101:8,11

---

**Q**

**qualifies** 99:10
**question** 9:4,5,7,17
  15:13,16 37:1
  38:19,25 40:16
  42:16 45:21 67:15
  68:15,22 70:22
  71:4,6 72:1,3,5,18
  81:12 83:17 87:19,
  22 88:2,15 94:12
**questions** 9:20 44:17
  46:18,22,23 66:23
  71:15 82:18 89:8
  97:22 101:3,24
**quick** 35:13 46:9
**quiet** 45:22 55:22,25

56:1
**quite** 76:5

---

**R**

**rambunctious** 63:7
**Ranch** 11:22
**reached** 63:19
**read** 37:10 50:4
**reading** 35:25 36:14
  71:8
**ready** 17:13
**realize** 45:5
**really** 20:18 30:9,10,
  10 31:16,18 34:6
  45:12 55:18 61:15,
  20 63:23 65:12
  80:17 93:16
**reask** 72:4
**reason** 87:2 99:4
  100:8
**reasons** 33:24
**receive** 98:2,6
**received** 72:23
**receiving** 73:2 85:20
  100:20
**Recess** 46:13 88:24
**recognize** 34:20
**record** 6:3 10:1
  16:14 25:14 44:9,
  10 46:12,15 47:13
  54:12 88:22 89:1
  101:25
**record's** 25:15 54:14
**referral** 16:17
**referred** 80:4 81:2
**referring** 50:10
**regarding** 6:20 7:6
  14:16 15:20
**regular** 84:17
**relationships** 14:20
**relax** 83:17
**release** 51:18
**released** 49:23 51:6,
  16
**reliving** 18:18
**remember** 13:9 14:18,
  19,23 15:22,24
  16:7 17:6,9,12,19,
  25 18:3,5,10,16,23

---

19:1 21:2 21:2,21,
22,22 22:2,11,23
23:3,5,17,19 24:2,
12,20,23 25:1,2,11,
12 26:21,25 27:2,4,
5,6,8,19 28:6,9
29:5,20 30:10,19
31:9,13,14,16,18,
19,21 32:21 32:21
33:23 34:1,2 35:3
39:19,20,25 48:20,
22,22 49:10,12
52:24 53:2,12
54:24 55:4 56:2,6,
15 57:25 58:1,2,16
59:23 60:9,10,25
61:6,15,18,19,25
63:3 74:19 74:19
75:21 76:15 77:1,8,
10 79:15 81:3 82:8,
9,10 83:3,4,6 85:2
86:19 89:19 90:7,
11,13,15,18 91:13,
17,18,21 92:1,2,3,
14,15,16,19,22
94:3,10 96:4,5,9,
11,21 97:4,5,6,14
98:4 99:16,19
100:20
**remind** 92:11
**Repeat** 40:16 72:18
**repeatedly** 42:25
43:2,8,18 47:2,7
**replace** 98:11
**reported** 40:23
**reporter** 9:7
**represent** 6:15 89:6
**request** 94:19
**requested** 102:4
**requests** 55:7
**require** 78:6
**resign** 99:21 100:11
**resignation** 99:23,24
**resigned** 100:8
**respective** 102:5
**respond** 66:12
**response** 9:11,14
**restaurant** 92:22,25
**result** 77:22 85:5
**review** 10:9,11,14

34:22 95:2
**right** 19:8,15 37:16
47:20 49:15 53:10,
12 54:6,8 59:22
61:8 63:1 66:20
69:9,13 71:14
75:20 77:23 78:15
80:2,17 91:9,11
92:9 95:6,8 96:24
98:17
**room** 15:9 17:16
35:20 36:12
**rule** 34:5,7 40:3
44:7 47:7
**rules** 9:2,22 23:13
31:10,12 42:25
43:3,8,12,18,21
47:3
**running** 44:18

**S**

**said** 10:17 15:21
17:11 20:24 31:25
34:10 37:10 56:3
64:2 65:9,14,18,21
68:23 70:25 71:1,7,
25 81:1,18 87:23,
25 88:1,14 89:12
96:5,23 98:16
**salary** 73:2 74:17
76:2 97:12,16
**Sam** 11:1
**same** 15:16 28:18
33:1,20,21 41:1
58:11 61:24 63:5
**sat** 57:17 59:6,8
**saw** 26:13 42:14
49:20,22 51:12
63:19 80:24,25
**say** 9:8 12:16 17:2
18:8 25:6 28:7
44:16 55:17,20
60:7 69:24 75:22
78:11 85:8 94:18
95:7
**saying** 32:24,25
43:14,15,16 48:23,
25 50:3 95:24
**says** 36:14 43:23

47:2 49:16 64:16,
22 65:25 67:1 70:4
**scenarios** 18:19
**schedule** 27:25 98:14
**scheduled** 41:12
**School** 6:15,17 10:23
12:15,19 13:1,23
16:17 20:4,6,13
25:20 44:1 68:5,18,
25 74:4,10,20
75:25 86:17,21
87:14 88:2,16,17
**second** 25:9 26:8
27:14 37:8 45:10
59:18 63:20 75:25
83:21
**seconds** 66:16
**Section** 37:24 41:3
42:24 47:1 50:12
67:1
**security** 41:13
**see** 23:20 32:10
44:10 46:23 55:9
56:11 66:23 79:13,
23 80:9,12,13 83:1,
14,19 84:10,12
**seeing** 35:3 79:14,25
85:1
**seek** 79:10
**seen** 63:16 80:21
84:22
**send** 32:19 33:8,18,
25 34:3,8,10 55:12,
15 99:22,24
**sense** 38:17
**sent** 31:8,25 32:4,18
33:20,21 79:15,22
84:1
**separate** 26:2 26:2
**separated** 26:19
**September** 75:1,20
**serving** 96:10
**set** 31:9 53:3 94:1
**setting** 25:11,13,22
**seven** 81:5,19,20
82:7 84:12
**severity** 34:5
**share** 68:13
**shared** 68:12
**Shea** 89:6

sheets 62:13
Shepherd 11:23
she's 37:10,14,16
   38:5 45:2 69:3
   71:9 79:18,19
   81:15 87:22 88:2,4
shoe 31:15 65:13
   65:13
should 68:17,25 69:4,
   20 89:25
shouldn't 34:8 49:1
   69:1,6,25 99:8
shoving 95:25
show 14:23 15:23
showing 54:13
Shrieves 41:22 42:13
   48:13,15
shut 63:19
side 26:12
sign 96:1
Signature 102:3
signed 96:2 96:2
since 9:1 20:6 39:2
   76:17 80:1 80:1,2
   92:12
single 28:18
sitting 54:5 58:13
   59:22 61:25 62:18
   63:18
six 14:12
skin 40:3,5
skin-on-skin 40:5
Slammed 63:25 64:17
smaller 24:11
some 12:6 14:7 15:21
   16:9 18:10 35:18
   41:14,16 42:12
   44:17 46:18 57:17,
   25 66:24 82:16
   86:17 88:16 89:9
   94:1 95:13,14
   96:18,23 97:18
   100:16
somebody 18:11 48:19
   67:10 80:9 81:24
someone 42:3
something 18:16 20:8
   53:25 54:6 54:6
   61:22 67:9,22
Sometime 85:2

somewhere 19:13
sore 78:5
soreness 79:3,6
sorry 15:2 23:24
   24:17 30:10 35:11
   45:23 45:23 46:7
   50:6 62:24 72:18
   83:24 89:22 95:25
   96:4
sort 94:1
Sounds 88:21
sources 76:16
speak 9:14
specific 67:4 72:1
   91:17 92:1,2
specifically 35:23
   64:21 68:15 71:24
specify 8:17
speculate 68:11,25
Speculation 68:21,22
   70:18,20
spent 21:17 92:16
spoke 91:15 95:6,13
staff 36:19
stand 62:4
standing 96:11
stands 96:22
Star 20:12
start 20:3 53:23
   73:11 75:19
started 9:23 13:8
   19:25 20:6 28:9
   38:8 62:2 75:21
   85:1 85:1,2
state 9:25 11:2
stated 42:19
statement 37:25
   52:21,22 64:25
   65:1 71:14 96:7
statements 44:20,24
states 41:2 85:24
station 32:7,18
   94:11
status 26:22 27:3,24
stay-at-home 11:13
stayed 100:17
still 10:21 15:12
   57:19,23 75:9
   79:23 87:12 94:5
stool 54:5

stop 43:7 53:22 54:9
   54:9 83:11
stopped 76:14 82:22
   84:11 85:7,8,10,17,
   20
store 89:18
strong 87:11
struggle 86:6,7
   88:17
struggling 87:10,12
stuck 14:21
student 43:24 54:4
   99:9,12
students 13:17,19,23
   28:18 29:7,8 30:7
   36:16,20 38:12
   41:9 44:3 53:5
   58:11,14 62:7
   92:13 93:15 94:4
   94:4 95:3
stuff 76:14 93:20
   96:1,2
such 36:20
sued 6:16 37:14
suffering 8:14,22
suggest 89:25
suing 45:2
summertime 20:5
supervisor 94:10
supplemented 73:1
supposed 50:4 63:6
   93:10,14
Sure 8:19 13:12
   23:11 25:3,15 29:4
   36:9 44:23 46:11
   52:9 54:14 59:7
   61:12 62:14 72:6
   73:15 76:5 78:21
   94:3 100:22
swear 6:5
sworn 6:8
systems 20:6

---

T

---

table 54:7 55:5
tables 53:7
take 9:8,12,15,17
   15:4 19:4,16 33:21
   35:13,15 36:8,9

46:9 52:25 58:7
64:13 66:6 76:24
77:6 82:13,21 83:8
88:20 90:16 91:2
**taken** 10:14 46:13
88:24
**taking** 7:24 8:4,11
84:11
**talk** 18:5,7 22:18,20
25:18 32:23 33:7,
24 38:4 39:6 41:25
49:5 51:21 52:13,
19 58:3 59:4,10
60:4,8,12,16 61:2,
8,9 82:16 84:15
95:22
**talked** 14:19 17:10
18:8,11 33:2,3
41:24 47:19,25
84:17,18,18 89:10,
20 92:5,10 93:21
96:6,13 99:7
**talking** 15:12 18:14
38:5,8 43:5,11,20
48:25 69:11
**taught** 14:18 27:4,7
93:18
**taxes** 100:21
**TDCJ's** 97:17
**teach** 20:9 92:13
93:15
**teacher** 11:18,21
16:16 18:15 21:17,
20,25 22:10,19,21,
22 23:9,10,25 24:4,
8,10,19,21 25:10
28:23,25 56:23
75:7,8,12 89:19
92:15 93:11 94:8,
14
**teacher's** 12:2,6
24:2
**teachers** 13:18 14:6
17:9 18:24 36:17,
23 38:14 44:1 57:5
62:4 70:8 93:20
95:18,24
**teaching** 11:3,6,10,
17 12:3,9,13 20:7,
16 23:4 41:5,17

72:17,20 75:14,16
93:17 94:16 95:3
**teasing** 17:13
**Telephonic** 14:25
**tell** 7:23 10:17
13:14 14:7 36:14
38:22 39:24 40:1
44:14 45:12 46:6,
22 47:22 50:9,19
55:9 60:14 63:21
99:14
**telling** 15:19 31:19
34:2 96:1
**ten** 29:17
**testified** 6:9,23
7:11,17 68:13
**testify** 8:7,18,24
71:21
**testimony** 50:15
87:20
**testing** 54:3 80:18
**Texas** 10:21 17:3
20:5
**than** 7:10 17:20
19:23,24 23:10
24:9 26:14 29:15,
17 30:6 36:25
38:10 39:4,5,8
44:5 47:5 48:6
56:15 61:16 69:19
70:11 71:1 72:8,12,
12,14 84:24 85:21
99:1
**Thank** 101:14,17
**that's** 9:7 11:16
12:4,12,17 14:11,
14 26:9,13 29:21
30:4,11 35:3,16
44:22 45:24 46:1
49:21 51:6,14,15
60:6 61:25 62:25
63:9 64:10,20
71:10 73:6 79:22
84:25 87:20 88:5
92:4,9 100:17
**their** 20:19,22 44:4
44:4 47:12 52:11
57:5 62:5,7 90:13
91:17 94:5,6 97:5
98:8

**then** 9:17 11:14
21:10,19 22:12,20
23:23 25:10 26:8,
11 27:7 28:3,4,23
29:8 39:2 39:2
42:15 57:24 58:1
59:13,15,24 60:2,4
64:6,21 65:18,21
66:11 71:5 72:25
74:2 75:2 77:17
83:11 87:24 96:7
**there** 13:6,17 14:1
17:19,23 18:4,16
21:3,6,7 25:6 26:7,
11 29:19 32:3,21
33:10 35:7 37:11
41:21 49:4,7,12,15,
15,17,19,19,20,22,
25 50:1,2,3,14,16,
25 51:3,7,23 52:4,
7,18 53:18 57:4
57:4,5,8 59:11
61:8,19 70:12,14
71:14 73:11 74:5
75:7,8,14,25 76:18
78:5,22 84:8 87:2,
13 89:17 90:1 91:9
92:20 92:20 93:5,
24 94:18 95:10,16,
17,18,18,19,19,20,
20,23 96:9,23 97:2
98:13
**There's** 19:15 44:18
46:2 50:22,23
71:20
**these** 37:13 44:19
45:1,3
**they'd** 28:23
**They're** 19:13
**thing** 61:17
**things** 12:12 15:21
31:19 34:16 66:24
80:14 89:9 92:2,12
93:22
**think** 13:10,12 18:19,
20 19:13 22:9,14,
16 23:8,11,14
24:10 25:1 26:23
27:13 28:16 29:18
30:6 34:24 43:16

44:17 46:1 47:19
55:4 57:10 58:16,
20 60:6 61:4,5,10
66:16 67:21 68:15,
17 69:4,24 74:1
76:5,9 79:18 80:23,
24 81:9,10,20
83:23,24,25,25
84:3 86:21 87:4,13
93:18,24 94:3,7
97:3,9 98:8,10
99:2,6,22
**thinks** 88:1
**third** 27:15
**those** 9:20 19:2,7,10
23:2,13,18,21 31:7
32:1 45:14 69:11,
19 78:7 87:3 87:3
93:21 96:19
**though** 87:24 97:16
**thought** 20:18,22
61:21
**thoughts** 39:1
**threat** 34:7
**three** 26:23 43:6
56:14 65:5 70:14
77:1
**three-hour** 41:10
**threw** 64:12
**through** 18:12 43:25
**time** 7:5 9:18 12:7
13:6 16:9 17:24
18:10 23:7 25:7,12
27:1 28:5,7,9
29:13 33:13,14,16
39:1 43:17 44:6
53:1 58:12,25
60:13,19 61:11,24
62:10,13,17 63:5,
13 64:22 65:9 76:8,
13 81:4 92:17
98:14 100:21
**timeline** 59:7
**times** 6:25 43:6,22
47:14 56:12 65:5
79:2 80:15
**tissues** 35:7
**today** 6:21 7:16,24
8:7,12,24 9:2 10:4
46:24 89:9

**together** 93:3
**told** 32:6 33:8,11,12
37:16 40:7 42:3
44:8,12 45:9,16
47:12,21 48:13,15,
19 51:10,11 55:4,
15 57:15 58:3
60:10 80:8 89:18
96:3,13,21
**tolerated** 70:5
**too** 21:8 38:9 42:15
74:13 80:14
**took** 31:14 66:9 78:8,
11,12
**top** 62:19
**topic** 52:24
**topics** 14:9
**totally** 44:16 45:13
**tough** 52:24
**town** 92:22,24
**trained** 13:14,16
14:9,15,16 16:3,10
91:14,16,22,25
**training** 13:2,4,7,8,
10,15 14:5,8 15:20
16:6,7,19 17:7
18:24 21:10 39:19,
21 91:9,11,16 92:5,
6 99:15
**trainings** 19:2,4
**trampled** 51:25
**treatment** 78:6,9
**trouble** 47:14 48:14,
18
**Truelove** 6:12 10:2
15:12 35:22 37:23
46:17 66:22 89:5
**Trulove** 6:17
**Trustee** 61:22
**truth** 7:23
**try** 9:6 38:9 56:22
57:2,11 101:6,19
**trying** 31:9 50:18
54:3 58:8 65:23
69:23 87:10 88:5
**twice** 44:8
**two** 21:3,21 22:9
26:23 27:4,7,23
31:2,8,24,25 32:3
47:14 51:13,14

56:14 67:20 69:11,
19 73:12 73:12,20
77:1 90:12 91:3
95:17 97:12 98:5
**type** 81:7,10

**U**

**Um-hmm** 16:13 22:14,
25 24:7 27:21
54:21 59:14 62:3
90:2
**under** 7:15,16 64:21
**undergarments** 14:23
15:23
**underneath** 64:8,11
**understand** 6:18 7:15,
19 9:8 17:2 38:25
44:16 50:18 56:20
88:5
**understanding** 60:11
85:12
**Unit** 19:8,25 21:25
22:12 23:24 25:16,
19 26:21,22 27:2
41:5,8 42:2 49:1,8,
24 52:15,16 63:15
90:23 96:15
**until** 13:7 13:7
73:24 74:21,22
**upset** 82:11,12
**upstairs** 49:11 50:23
**used** 64:22

**V**

**vacation** 94:19
**verbal** 9:11
**versus** 6:17
**very** 27:17 47:12
49:12 78:5 83:10
84:23 92:17 94:18
**video** 66:10
**violating** 44:2
**violence** 67:5,6
**visiting** 93:20
**vocational** 26:13

**W**

**W-2** 100:20
**waffled** 88:4
**wait** 9:4,6 38:4
   69:15
**waitress** 11:13
**walked** 18:12 26:15
**walking** 58:14
**want** 18:8 20:14
   22:18 34:15 34:15
   35:13 37:20 39:4
   45:12 49:5 51:20
   54:14 59:6 61:2
   63:21 64:14 66:22
   74:8 75:22 80:9
   88:14 89:11
**wanted** 20:8 20:8,9
   52:19,21,22 60:12
   61:4,5,8 92:18
   94:19
**warden** 42:3 92:20
   95:19 96:3
**warn** 67:3,17 68:1,4,
   6
**warned** 69:1,20
**warnings** 68:14 68:14,
   17
**wasn't** 20:19 27:10,
   17 29:19 40:14
   63:8 66:5 90:19
   94:8
**watch** 15:7
**watching** 21:17 92:15
**way** 26:8 36:22 38:13,
   20,22 44:24 65:16,
   20,23 92:18
**wear** 14:22 15:22
**website** 90:6
**week** 13:4,10,14 14:3,
   5 16:6,12 17:23
   21:9,10 80:15
**weeklong** 17:7 92:6
**weeks** 22:6 26:23
   80:14,15,16 98:5
**well** 12:24 13:20
   26:5 30:12 36:18
   37:13 38:8,11
   42:11 44:15 50:9
   55:2,21 58:8 62:23
   68:4 69:1 71:21
   78:2 80:1 87:23

   88:4 91:2
**we'll** 22:20
**went** 21:19 22:13
   23:23 26:11 32:20
   42:9 44:19 58:4
   59:1,5,11,15,24
   60:6 79:4 79:4
   81:4,6 99:2,20
**we're** 6:20 9:17
**weren't** 34:7 63:6
   94:18 98:13
**whatever** 9:17 76:21
**what's** 61:17 68:9,20
   70:17 78:23
**whenever** 25:18
**Whereas** 71:8
**which** 44:20
**while** 23:25 24:21
   25:15 36:23 38:14
   57:19,23 58:13
   61:14 95:11
**who** 14:4 16:21 17:18
   28:25 29:1 30:24
   33:5 44:12,13 48:9,
   11,13,24 51:11
   66:11 78:20 79:22
   84:19,20 85:12,15,
   16 89:18 90:10
   91:16,19 94:9,13,
   19 95:10,23 97:6
   99:24 100:3,23
**whole** 17:23 50:24
**why** 14:21 20:3 31:9
   32:16 33:24 52:16
   55:14 56:10 57:14
   60:14 68:8 69:9,21
   70:2 74:5,12 81:22,
   24 82:12 87:8
   100:10,14,17
**will** 44:16 71:21
   77:19 86:1
**win** 77:15
**Windham** 6:15,16,17
   12:15,16,19 13:1,
   23 20:4,16 33:14
   36:17,19 37:15
   38:11 40:23 44:1
   48:10,12 56:25
   68:5,12,25 69:6
   72:10,17,20,25

   73:9 76:6,13,17
   85:13,15 89:12,19
   91:18,24 92:19
   93:9,15,22 94:2
   97:9,17 98:3 99:18
   100:4
**Windham's** 19:5,6
   41:18 92:8
**window** 62:20
**windows** 53:11 62:24
**wing** 26:2 99:1
**wish** 35:25
**witness** 6:5,7 89:2
   101:1 102:3
**witnesses** 44:19
   71:16,20
**woman** 97:3
**wooden** 96:10,11
**word** 64:22
**words** 54:24 60:9
**work** 28:2,5 70:7,13
   71:2 72:10 74:2,3
   80:14 86:9,13,15
   100:12
**workbooks** 93:19,21
**worked** 20:11 20:11
   47:12 48:12 74:10
   89:12 97:6
**workers** 72:23 76:12
**working** 19:25 20:3
   73:11
**workman's** 83:25 84:2,
   9 97:17 98:8
**works** 16:25 80:10
**world** 93:12
**worth** 101:16
**wouldn't** 31:11 53:22
   54:8,9,10 65:24
   100:1
**wow** 29:14
**write** 16:10,15 32:13
   33:9,13,17,17 34:3,
   11 55:10 57:15,16
   58:7 59:8 62:10
   73:16
**write-ups** 67:21
   69:12,19
**writing** 57:18 58:6,
   17 62:17
**wrong** 16:18 50:21

**Wyndham** 68:18 69:4

### X

**Xavier** 7:8 28:14
30:14,18 31:3 32:2
36:25 38:10 39:5,
17 42:8,20,25 44:7
47:2 53:15 56:3
58:1 59:15,23,24
63:20 67:3,18 68:1
69:19 70:12 71:2
72:9 99:8

### Y

**Y'all** 15:2 29:8 33:7,
24 41:25 66:9 85:7,
8,10,17
**year** 74:4 74:4,21
75:25 83:4 84:23,
24 86:17,22 87:14
88:2,9,17
**years** 14:12 73:12
73:12,20 97:12
**Yesterday** 10:8
**yet** 94:8
**you're** 25:3 27:16
29:4 32:24 43:11
44:20 50:3 55:18,
24 58:19 59:1
68:24 69:23 70:22
71:14,15 77:24
89:23
**yourself** 18:9
**you've** 6:16 10:14
88:8

Integrity Legal Support Solutions
www.integritylegal.support