| | | |
|---|---|---|
| NICOLE TRUELOVE, | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-CV-00763** |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, *et al.,* | § | |
| *Defendants.* | § | |

## DECLARATION OF RICHARD ALAN "DICKY" GRIGG

I, Richard Alan "Dicky" Grigg, declare as follows:

1.      I am an attorney with the Law Offices of Dicky Grigg, representing the plaintiff. I have personal knowledge of the facts set forth herein.

2.      The contents of the following web sites have been cited in Plaintiff's response to TDCJ's motion in summary judgement:

Page 6 of Plaintiff's response referenced as Exhibit 13:   Employee ID Policy link:

https://www.tdcj.texas.gov/divisions/hr/hr-policy/pd-03.pdf

Page 6 of Plaintiff's response referenced as Exhibit 14:  WSD Safety in School Facilities

https://wsdtx.org/images/PDF/policy/9.14.pdf

Page 6 of Plaintiff's response referenced as Exhibit 15:   WSD benefits:

https://wsdtx.org/careers/wsd-benefits

Page 6 of Plaintiff's response referenced as Exhibit 15:   TDCJ Letter:

http://www.wsdtx.org/images/PDF/HR/Benefits/15_TDCJ_Letter.pdf

Pages 7, 14-15 of Plaintiff's response referenced as Exhibit 19:  Sexual harassment policy:

https://wsdtx.org/images/PDF/policy/7.40.pdf

Page 10 of Plaintiff's response referenced as Exhibit 24: https://www.tdcj.texas.gov/tbcj/index.html

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 13, 2023, at Austin, Texas.

Richard A. Grigg