IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLE TRUELOVE, | § § § § | |
| *Plaintiff,* | | |
| v. | § § § | CIVIL CASE NO. 4:19-cv-00763 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE and WINDHAM SCHOOL DISTRICT, et al. | § § § § | JURY DEMANDED |
| *Defendants.* | § § § | |

## NOTICE OF SETTLEMENT

Plaintiffs hereby give notice that the parties have agreed on tentative settlement terms but time is required to discuss the terms with lien holders.  Plaintiffs request, and Defendants support, passing the current trial setting.  The parties will file an appropriate dismissal once all the remaining issues are resolved.  Alternatively, a request for a new trial date will be filed, in the unlikely event it becomes necessary.

Dated this 9th day of January, 2024.

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn
Texas Bar No.23046507
BRAZIL & DUNN, LLP
1900 Pearl Street
Austin, Texas  78705
Office:  512-717-9822
Fax:  512-515-9355
chad@brazilanddunn.com

Richard Alan Grigg (Attorney-In-Charge)
Texas Bar No. 0487500
THE LAW OFFICE OF DICKY GRIGG, PC

1

1900 Pearl Street
Austin, Texas  78705
Office:  512-474-6061
Fax:  512-582-8560
Dicky@Grigg-Law.com
Mel@Grigg-Law.com

Randall L. Kallinen
Texas Bar No. 00790995
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Office:  713-320-3785
Fax:  713-893-6737
AttorneyKallinen@aol.com

David Lindsay
Texas Bar No.24092703
MEJIAS LINDSAY, PLLC
4900 Woodway Drive, Suite 750
Houston, Texas 77056
Office:  832-426-4574
Fax:  281-783-8404
dlindsay@mejiaslindsay.com

**ATTORNEYS FOR PLAINTIFF
NICOLE TRUELOVE**


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure, this 9th day of January, 2024 to all counsel of record.

/s/ Chad W. Dunn
Chad W. Dunn

2