IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICOLE TRUELOVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:19-cv-00763 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | JURY DEMANDED |
| JUSTICE and WINDHAM SCHOOL | § | |
| DISTRICT, et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff NICOLE TRUELOVE and Defendants TEXAS DEPARTMENT OF CRIMINAL

JUSTICE ("TDCJ") and WINDHAM SCHOOL DISTRICT ("WSD") hereby stipulate dismissal

with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(ii). The dismissal

with prejudice resolves all remaining claims against all parties in this suit.

Dated this 21st day of March, 2024.

Respectfully submitted,

*/s/ Richard Alan Grigg*
Richard Alan Grigg (Attorney-In-Charge)
Texas Bar No. 0487500
THE LAW OFFICE OF DICKY GRIGG, PC
1900 Pearl Street
Austin, Texas 78705
Office: 512-474-6061
Fax: 512-582-8560
Dicky@Grigg-Law.com
Mel@Grigg-Law.com

Chad W. Dunn

Texas Bar No.23046507
BRAZIL & DUNN, LLP
1900 Pearl Street
Austin, Texas  78705
Office:  512-717-9822
Fax:  512-515-9355
chad@brazilanddunn.com

Randall L. Kallinen
Texas Bar No. 00790995
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Office:  713-320-3785
Fax:  713-893-6737
AttorneyKallinen@aol.com

David Lindsay
Texas Bar No.24092703
MEJIAS LINDSAY, PLLC
4900 Woodway Drive, Suite 750
Houston, Texas 77056
Office:  832-426-4574
Fax:  281-783-8404
dlindsay@mejiaslindsay.com

**ATTORNEYS FOR PLAINTIFF
NICOLE TRUELOVE**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

SHANNA E. MOLINARE
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Christopher Lee Lindsey*
CHRISTOPHER LEE LINDSEY
**Assistant Attorney General**
Texas State Bar No. 24065628

**ATTORNEY FOR TDCJ**

*/s/ Abigail K. Carter*
ABIGAIL K. CARTER
**Assistant Attorney General**
Texas State Bar No. 24126376
**ATTORNEY FOR WINDHAM SCHOOL DISTRICT**

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure, this <u>21st</u> day of March, 2024 to all counsel of record.

*/s/ Richard Alan Grigg*
Richard Alan Grigg